| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew Goodman, Esq. (State Bar No. 115685)<br>GOODMAN LAW OFFICES, A Professional Corporation<br>30700 Russell Ranch Road<br>Suite 250<br>Westlake Village, CA. 91362<br>Telephone: 818-802-5044<br>Facsimile: 818-975-5256<br>E-Mail: agoodman@andyglaw.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtor, Richard Disisto | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION** 🔽

| In re:<br><br>RICHARD DISISTO | CASE NO.: 1:17-bk-10452-MB<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]** |
| Debtor(s). | [No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) <u>RICHARD DISISTO</u>,
    filed a motion or application (Motion) entitled <u>Motion To Re-Open Chapter 7 Case To Allow Debtor To Schedule</u>
    <u>Omitted Creditor And Set Deadline For Omitted Creditor To File Action Pursuant to 11 U.S.C. 523(a)</u>.

2.  Movant(s) requests that the court grant the motion without a hearing as provided for in:

    ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR <u>9013-1</u>; or

    ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3.  The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

    ☒ The full motion is attached to this notice; or

    ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 01/19/2021

_____
Signature of Movant or attorney for Movant

 ANDREW GOODMAN, ESQ, Atty for Movant
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 2                          F 9013-1.2.NO.HEARING.NOTICE

**013**

1    Andrew Goodman, Esq. (State Bar No. 115685)
**GOODMAN LAW OFFICES**
2    **A PROFESSIONAL CORPORATION**
30700 Russell Ranch Road
3    Suite 250
Westlake Village, CA. 91362
4    TELEPHONE: (818) 802-5044
FACSIMILE: (818) 975-5256
5    E-Mail: agoodman@andyglaw.com

6    Attorneys for Debtor Richard Disisto

7

8                    **UNITED STATE BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                    **SAN FERNANDO VALLEY DIVISION**

11   | In Re                              | CASE NO. 1:17-bk-10452-MB
12   | RICHARD DISISTO                    | [Chapter 7]
13   |                                    | **MOTION OF DEBTOR RICHARD J. DISISTO TO RE-OPEN CHAPTER 7**
14   |                                    | **CASE TO ALLOW DEBTOR TO SCHEDULE OMITTED CREDITOR AND**
15   |            Debtor.                 | **SET DEADLINE FOR OMITTED CREDITOR TO COMMENCE ACTION**
16   |                                    | **PURSUANT TO 11 U.S.S. § 523(A); MEMORANDUM OF POINTS AND**
17   |                                    | **AUTHORITIES; DECLARATION OF ANDREW GOODMAN**
18   |                                    | **[11 U.S.C. § 350(b) and Local Bankruptcy Rule 5010]**
19   |
20   |                                    | <u>Hearing Date:</u>
                                         **DATE:** [No Hrng Per LBR 9013-1(p)]
21   |                                    | **TIME:**
                                         **CTRM:** **"301"**
22   |                                    |               **21041 Burbank Blvd.**
                                                         **Woodland Hills, CA. 91367**
23

24        TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY

25   JUDGE, AND TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:

26        Richard Disisto ("Debtor") hereby moves this Court for an Order Re-Opening his

27   Chapter 7 bankruptcy case to schedule Monroe Jacques de Rothschild ("Plaintiff"), an unknown

28   an unscheduled creditor at the time Debtor filed his Chapter 7 Petition, Schedules and Statement

1

**014**

1    of Financial Affairs and to set a deadline for Plaintiff, to commence an action against Debtor

2    pursuant to 11 U.S.C. § 523(a).

3    **I.**      **STATEMENT OF FACTS**

4         On February 22, 2017, Richard Disisto ("Debtor") filed a Chapter 7 bankruptcy case for

5    in the United States Bankruptcy Court, Central District of California (the "Court"), Bankruptcy

6    Case No. 1:17-bk-10452-MB. A true and correct copy of the Petition, Schedules and Statement

7    of Financial Affairs are attached hereto as **Exhibit "A"**.

8         On June 5, 2017, while Mr. Seror was investigating whether there were any assets which

9    could be liquidated with proceeds paid to creditors with allowed claims, the Court issued an

10    Order of Discharge for Debtor. A true and correct copy of the Order of Discharge is attached

11    hereto as **Exhibit "B"**. The Order of Discharge provides in part: "This order means that no one

12    may make any attempt to collect a discharged debt from the debtor's personally."

13         In January 2019, almost two (2) years after Debtor filed his Chapter 7 Bankruptcy

14    (February 22, 2017) and received his discharge (June 5, 2017), Neil Opdahl, Esq. filed a

15    Complaint in the Los Angeles Superior Court (the "State Court Complaint" on behalf of his

16    client, Monroe Jacques de Rothschild ("Plaintiff") naming Debtor as a defendant. The Complaint

17    alleges nine (9) causes of action, including two (2) causes of action against Debtor for fraud

18    (inducement and concealment) and a cause of action against Debtor for Conversion. A true and

19    correct copy of the State Court Complaint (without exhibits) is attached hereto as **Exhibit "C"**.

20    The Proof of Service of Summons, a copy of which is attached hereto as **Exhibit "D"** shows that

21    the State Court Complaint was served via substituted service on or about February 7, 2020. Had

22    Debtor known of Plaintiff's claims or been served with a copy of the Complaint, Debtor would

23    have listed Plaintiff as a creditor in his Chapter 7 bankruptcy. Further, had Plaintiff been listed as

24    a creditor, he would have had the opportunity to commence an action against Debtor in the Court

25    seeking non-dischargeability of the fraud and conversion claims pursuant to 11 U.S.C. §

26    523(a)(2) and (a)(4).

27         On February 4, 2019, David Seror, the Chapter 7 Trustee (the "Trustee") appointed in

28    Debtor's Chapter 7 case filed a Report of No Asset. The Report of No Asset is set forth at

1   Docket # 59. A true and correct copy of the Docket is attached hereto as **Exhibit "E"**. As a result

2   of the Report of No Asset, there was no notice to creditors to file a Proof of Claim and no

3   deadline to file a Proof of Claim. Based on the Trustee's No Asset Report, this case was deemed

4   to be a no asset case with no distribution to creditors. An Order of Discharge was entered by the

5   Court on June 5, 2017. The Order of Discharge provides in part: "This order means that no one

6   may make any attempt to collect a discharged debt from the debtor's personally."

7        On or about March 23, 2020, the Superior Court entered a default as against Debtor upon

8   request of the Plaintiff – almost three (3) years after Debtor received the Order of Discharge. A

9   true and correct copy of the Entry of Default is attached as **Exhibit "F"**.

10  **II.    THE COURT HAS THE ABILITY TO RE-OPEN A CHAPTER 7 CASE**

11  **WHICH HAS BEEN CLOSED.**

12      11 U.S.C. § 350(b) states in relevant part:

13      A case may be re-opened in the Court in which such case was closed to
        administer assets, to accord relief to the Debtor, or for other cause.
14

15      Bankruptcy Rule 5010 states in relevant part:

16      (a)    Motion. A motion to reopen a closed bankruptcy case must
        be supported by a declaration establishing a reason or "cause" to
17      reopen. The motion must not contain a request for any other relief.

18      (b)    Separate Motion or Adversary Proceeding.

19
        (1)    A request for any relief other than the reopening of a case,
20      including relief based upon the grounds for reopening the case, must
        be made in a separate motion or adversary proceeding, which may
21      be filed concurrently with the motion to reopen.

22      (2)    This subsection does not apply to a motion to reopen a case
        solely for the purpose of seeking an extension of time to file Official
23      Form 423, Certification About a Financial Management Course.
        LBR 5073-1 76 1/20
24

25      (c)    Notice. The movant must give notice of the motion to any
        former trustee in the case and the United States trustee.
26

27      (d)    Fee. If a fee is required, the movant must pay the fee upon
        the filing of the motion to reopen, unless otherwise ordered by the
28      court.

3

**016**

1

2

3

4

5

6

7

    (e)    <u>Motion May Be Considered without a Hearing</u>. A motion to reopen may be ruled on without a hearing pursuant to LBR 9013-1(q). The movant must not calendar a hearing date nor will a hearing be held on the motion, unless otherwise ordered by the court.

    (f)    <u>Assignment</u>. The motion will be assigned to the judge to whom the case was last assigned, if still in office; otherwise, the motion will be assigned at random by the clerk to a judge to hear and rule upon the request.

    (g)    <u>Closing of Case</u>. If no motion or adversary proceeding is pending 30 days after the case is reopened and if no trustee has been ordered appointed, the case may be closed without further notice.

8

9

10

11

    Section 350 gives the Bankruptcy Court broad discretion in deciding whether to re-open a case. The decision to grant or deny a motion to re-open is binding on review absent a clue showing that there was an abuse of discretion. *Virgin Islands Bureau of Internal Revenue v. St. Croix*, 14 C.B.C. 2d 1098 (D.V.I. 1986).

12

13

    Whether to re-open a case after it has been closed is within the Bankruptcy Court's discretion. *Hawkins v. Landmark Financial Company*, 727 F.2d 324 (4th Cir. 1984).

14

15

16

    In *In re Beezley*, . 994 F.2d 1433 (9th Cir. 1993), Debtor Gilbert G. Beezley appealed the decision of the Ninth Circuit Bankruptcy Appellate Panel, affirming the bankruptcy court's denial of his motion to reopen his bankruptcy case under 11 U.S.C. § 350(b).

17

18

19

    Beezley filed for bankruptcy under Chapter 7 on June 10, 1987. Because he had no assets available for distribution to his creditors in bankruptcy, no bar date was set by the court establishing a deadline for creditors to file proofs of claim.

20

21

22

23

24

25

    Three years earlier, California Land Title Co. ("Cal Land") had obtained a default judgment against Beezley in California state court arising out of a 1979 transaction in which Beezley was the seller and Cal Land the title insurer of certain real property. Beezley made no mention of Cal Land's claim or of its judgment against him in any of his schedules. Consequently, Cal Land did not receive notice of Beezley's bankruptcy. Beezley received his discharge on November 6, 1987, and his case was thereafter closed.

26

27

28

    In January 1990, Beezley moved to reopen his bankruptcy case for the purpose of amending his schedules to add the omitted debt to Cal Land. Cal Land filed a memorandum with the bankruptcy court in opposition to Beezley's motion to reopen, advising the court that Cal

4

1    Land would seek to establish that its claim was nondischargeable. The bankruptcy court held a

2    hearing, at the conclusion of which it denied Beezley's motion, citing the case of *In re Stark*,

3    717 F.2d 322 (7th Cir.1983) (per curiam). The Bankruptcy Appellate Panel ("BAP")

4    subsequently affirmed by memorandum, citing the same authority.

5        On appeal, the Ninth Circuit stated that the source of the bankruptcy court's power to

6    reopen a closed case is section 350(b) stating: "This section gives the court discretion to reopen a

7    case "to administer assets, to accord relief to the debtor, or for other cause." The question posed

8    by this appeal is whether the bankruptcy court abused that discretion in denying Beezley's

9    motion to reopen. *See, In re Herzig*, 96 B.R. 264, 266 (9th Cir. BAP 1989) (decision on motion

10   to reopen reviewed for abuse of discretion). Answering this question is a complicated affair, and

11   requires close attention to the difficult language of sections 523 and 727 of the Bankruptcy

12   Code."

13       The Ninth Circuit then cited 11 U.S.C. 727(b) of the Bankruptcy Code, which states in

14   part: "Except as provided in section 523 of this title, a discharge under subsection (a) of this

15   section discharges the debtor from all debts that arose before the date of the order for relief under

16   this chapter [i.e., the date of the bankruptcy filing] .... "

17       The Court then stated: "The operative word is 'all'. There is nothing in Section 727 about

18   whether the debt is or is not scheduled. So far as that section is concerned, a pre-bankruptcy debt

19   is discharged, whether or not it is scheduled." *In re Mendiola*, 99 B.R. 864, 865

20   (Bankr.N.D.Ill.1989). *See In re Stecklow*, 144 B.R. 314, 317 (Bankr.D.Md.1992) ("breadth of the

21   discharge" under§ 727 is "comprehensive"); *In re Thibodeau*, 136 B.R. 7, 8

22   (Bankr.D.Mass.1992) ("s 727(b) itself makes no exception for unlisted debts"). Thus, unless

23   section 523 dictates otherwise, every prepetition debt becomes discharged under section 727.

24       The Ninth Circuit then looked to the language of 11 U.S.C. § 523(a) which provides in

25   part:

26       (a)    A discharge under section 727 ... of this title does not discharge an individual

27   debtor from any debt--

28       (3)    neither listed nor scheduled ... in time to permit--

5

018

(A)     if such debt is not of a kind specified in paragraph (2), (4), or (6) of this

subsection, timely filing of a proof of claim, unless such creditor had notice or actual knowledge

of the case in time for such timely filing; or

(B)     if such debt is of a kind specified in paragraph (2), (4), or (6) of this subsection,

timely filing of a proof of claim and timely request for a determination of dischargeability of

such debt under one of such paragraphs, unless such creditor had notice or actual knowledge of

the case in time for such timely filing and request[.]

The Ninth Circuit then stated:

Unscheduled debts are thus divided into two groups: those that are "of a kind
specified in paragraph (2), (4), or (6) of this subsection," and those that are not.
Loosely speaking, the paragraphs in question describe debts arising from
intentional wrongdoing of various sorts (respectively, fraud, fiduciary
misconduct, and the commission of malicious torts). What distinguishes these
from all other debts is that, under section 523(c) and rule 4007(c), a creditor must
file a complaint in the bankruptcy court within 60 days after the date established
for the first meeting of creditors in order to assert their nondischargeability.
Failure to litigate the dischargeability of these sorts of debts right away disables
the creditor from ever doing so; an intentional tort debt will be discharged just
like any other.

With this in mind, the convoluted language of section 523(a)(3) can be
paraphrased as follows:
(a)     A discharge . . .does not cover
        (3)     an unscheduled debt if--
                (A)     with respect to a debt not covered by§ 523(c), the failure to
schedule deprives the creditor of the opportunity to file a timely claim, or
                (B)     with respect to an intentional tort debt covered by§ 523(c),
the failure to schedule deprives the creditor of the opportunity to file a timely
claim or a nondischargeability complaint.

Because Beezley's was a no asset, no-bar-date case, section 523(a)(3)(A) does not bar the

discharge of his debt to Cal Land under section 727(b). Cal Land has alleged, however, that

Beezley committed fraud in connection with the transaction that was the subject of its lawsuit

against him, and that the debt evidenced by the default judgment it obtained against Beezley is

therefore nondischargeable under section 523(a)(3)(B). Had Beezley listed this debt in his

bankruptcy schedules, Cal Land would have been required under Bankruptcy Rule 4007(c) to

litigate this nondischargeability question "within 60 days following the first date set for the

6

1    meeting of creditors, 11 which had long since passed when this litigation commenced. However,

2    because Beezley failed to schedule the debt, Bankruptcy Rule 4007(b) affords Cal Land the right

3    to litigate dischargeability outside the normal time limits, again in accordance with section

4    523(a)(3)(B). *See American Standard*, 14 7 B.R. at 484 ("In effect, a debtor who fails to list a

5    creditor loses the jurisdictional and time limit protections of Section 523(c) and Rule 4007(c).").

6    *See also In re Lochrie*, 78 B.R. 257, 259-60 (9th Cir. BAP 1987).

7        This is the only right Cal Land can claim by virtue of its omission from Beezley's
8    schedules. In particular, Cal Land cannot escape the need to prove
     nondischargeability merely because Beezley's failure to list his debt to Cal Land
9    may have been intentional or may have prejudiced its ability to show that Beezley
     committed fraud years ago, as the holding in Stark would suggest. Stark has no
10   place in the analysis of the matter at hand.

11       Debtor acknowledges that Plaintiff asserts several non-dischargeable claims in the

12   Complaint. Debtor would ask this Court to consider this Motion a request under Bankruptcy

13   Rule 4007(b) to set a deadline of sixty (60) days from the date of entry of an order granting this

14   Motion for Plaintiff, to the extent he so desires, to commence an action against Debtor in the

15   Bankruptcy Court pursuant to the provisions of 11 U.S.C. § 523.

16   **III.    CONCLUSION.**

17       Based on the above, Debtor respectfully requests that this Court Order as follows:

18       1.    The Motion is granted.

19       2.    Debtor is authorized to amend his Schedules, etc. to add Plaintiff as a creditor and

20   the State Court Complaint; and

21       3.    Set a deadline sixty (60) days from the date of entry of the Order granting this

22   Motion for Plaintiff to file a Complaint against Debtor pursuant to 11 U.S.C. § 523(a).

23   DATED: January 19, 2021                    GOODMAN LAW OFFICES,
                                                A Professional Corporation
24
25                                             By: /s/ ANDREW GOODMAN _____
                                                   ANDREW GOODMAN
26                                                 Attorneys for Debtor, Richard Disisto

27

28

7

**020**

## DECLARATION OF ANDREW GOODMAN

I, Andrew Goodman, declare:

1.      I am an attorney at law licensed to practice before all of the Courts of the State of California and the United States District Court, Central District of California.

2.      I am bankruptcy counsel for debtor, Richard Disisto ("Debtor"). I make this declaration of my own personal knowledge and if called to testify, I could and would competently testify thereto.

3.      On February 22, 2017, I caused to be filed on behalf of Richard Disisto ("Debtor") a Chapter 7 bankruptcy case in the United States Bankruptcy Court, Central District of California (the "Court"), Bankruptcy Case No. 1:17-bk-10452-MB. A true and correct copy of the Petition, Schedules and Statement of Financial Affairs are attached hereto as **Exhibit "A"**.

4.      After the Meeting of Creditors which I attended with the Debtor, David Seror, Chapter 7 Trustee (the "Trustee") requested a number of documents. After production of these document by Debtor through my office, the Trustee requested additional documents. All documents requested by the Trustee were produced.

5.      On June 5, 2017, while Mr. Seror was investigating whether there were any assets which could be liquidated with proceeds paid to creditors with allowed claims, the Court issued an Order of Discharge for Debtor. A true and correct copy of the Order of Discharge is attached hereto as **Exhibit "B"**. The Order of Discharge provides in part: "This order means that no one may make any attempt to collect a discharged debt from the debtor's personally."

6.      In January 2019, almost two (2) years <u>after</u> Debtor filed his Chapter 7 Bankruptcy (February 22, 2017) and received his discharge (June 5, 2017), Neil Opdahl, Esq. filed a Complaint in the Los Angeles Superior Court (the "State Court Complaint") on behalf of his client, Monroe Jacques de Rothschild ("Plaintiff") naming Debtor as a defendant. The State Court Complaint alleges nine (9) causes of action, including two (2) causes of action against Debtor for fraud (inducement and concealment) and a cause of action against Debtor for Conversion. A true and correct copy of the State Court Complaint (without exhibits) is attached hereto as **Exhibit "C"**. I had no knowledge of the State Court Complaint at the time the Chapter 7 bankruptcy was filed. Debtor advised me that he was not aware of the State Court Complaint.

8

7.     The Proof of Service of Summons, a copy of which is attached hereto as **Exhibit "D"** shows that the State Court Complaint was served via substituted service on or about February 7, 2020. Had Debtor known of Plaintiff's claims or been served with a copy of the Complaint, Debtor would have listed Plaintiff as a creditor in his Chapter 7 bankruptcy. Further, had Plaintiff been listed as a creditor, he would have had the opportunity to commence an action against Debtor in the Court seeking non-dischargeability of the fraud and conversion claims pursuant to 11 U.S.C. § 523(a)(2) and (a)(4).

8.     On February 4, 2019, David Seror, the Chapter 7 Trustee (the "Trustee") appointed in Debtor's Chapter 7 case filed a Report of No Asset. The Report of No Asset is set forth at Docket # 59. A true and correct copy of the Docket is attached hereto as **Exhibit "E"**. As a result of the Report of No Asset, there was no notice to creditors to file a Proof of Claim and no deadline to file a Proof of Claim. Based on the Trustee's No Asset Report, this case was deemed to be a no asset case with no distribution to creditors. An Order of Discharge was entered by the Court on June 5, 2017. The Order of Discharge provides in part: "This order means that no one may make any attempt to collect a discharged debt from the debtor's personally."

9.     On or about March 23, 2020, the Superior Court entered a default as against Debtor upon request of the Plaintiff – almost three (3) years after Debtor received the Order of Discharge. A true and correct copy of the Entry of Default is attached as **Exhibit "F"**

10.    Had Debtor or I known of Plaintiff's claims or been served with a copy of the State Court Complaint, Plaintiff would have been listed as a creditor in Debtor's Chapter 7 bankruptcy case and the State Court Complaint would have been disclosed in the Statement of Financial Affairs. Further, had Plaintiff been listed as a creditor, he would have had the opportunity to commence an action against Debtor in the Court seeking non-dischargeability of the fraud and conversion claims pursuant to 11 U.S.C. § 523(a)(2) and (a)(4).

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 19th day of January 2021 at Westlake Village, California.

/s/ ANDREW GOODMAN
_____
ANDREW GOODMAN

9

# EXHIBIT "A"

# DEBTOR'S VOLUNTARY PETITION

# SCHEDULES, STATEMENT OF AFFAIRS

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____ | Chapter you are filing under:<br>■ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or  passport). | **Richard**<br>First name<br><br>**J**<br>Middle name | _____<br>First name<br><br>_____<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Disisto**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8895 | |

Debtor 1    **Richard J Disisto** _____          Case number _(if known)_ _____

|                                           | About Debtor 1:                                                                 | About Debtor 2 (Spouse Only in a Joint Case): |
|-------------------------------------------|---------------------------------------------------------------------------------|-----------------------------------------------|

**4.   Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and _doing business as_ names

■ I have not used any business name or EINs.

☐ I have not used any business name or EINs.

Business name(s) _____

Business name(s) _____

EINs _____

EINs _____

**5.   Where you live**

**4932 Sancola Ave**
**North Hollywood, CA 91601**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

**10153 1/2 Riverside Drive**
**#127**
**North Hollywood, CA 91602**
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here.  Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.   Why you are choosing _this district_ to file for bankruptcy**

Check one:

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

**025**

Debtor 1   **Richard J Disisto** _____   Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   __Richard J Disisto__                                    Case number *(if known)*   _____

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

/s/ Andrew Goodman                                   Date   **February 22, 2017**
Signature of Attorney for Debtor                            MM / DD / YYYY

**Andrew Goodman**
Printed name

**Goodman Law Offices, A Professional Corporation**
Firm name

**6345 Balboa Boulevard**
**Suite I-300**
**Encino, CA 91316**
Number, Street, City, State & ZIP Code

Contact phone   **818-827-5169**              Email address   **agoodman@andyglaw.com**

**115685**
Bar number & State

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 7

**027**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.        **/s/ Richard J Disisto**
                                                           **Richard J Disisto**
Date:        **February 22, 2017**                         Signature of Debtor


                                                           Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1        **F 1015-2.1.STMT.RELATED.CASES**

**028**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Richard J Disisto** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................................ | $ 10,001.74 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................................... | $ 10,001.74 |

### Part 2:    Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 35,000.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 267,138.05 |
| | Your total liabilities | $ 302,138.05 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*...................................................... | $ 3,310.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*....................................................... | $ 5,827.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**    page 1 of 2

Debtor 1    **Richard J Disisto** _____    Case number *(if known)* _____

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$ _____

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**030**

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Richard J Disisto** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | _____ | ☐ Check if this is an amended filing |

## Official Form 106A/B

# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

■ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **Mercedes Benz** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **250c** | ☐ Debtor 1 only | | |
| | Year: | **2016** | ■ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | **7000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Vehicle is leased** | | ■ Check if this is community property (see instructions) | $0.00 | $0.00 |

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>     | $0.00 |

**Part 3:    Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**031**

Debtor 1   **Richard J Disisto** _____   Case number *(if known)* _____

**6.  Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| Household: furniture | $3,000.00 |
|---|---|

**7.  Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneou Electronics | $1,500.00 |
|---|---|

**8.  Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes.  Describe.....

**9.  Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes.  Describe.....

**10.  Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

**11.  Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneou Clothes | $1,000.00 |
|---|---|

**12.  Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneou Jewelry | $4,000.00 |
|---|---|

**13.  Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................

| $9,500.00 |
|---|

Official Form 106A/B                         Schedule A/B: Property                                                    page 2

Debtor 1    **Richard J Disisto**                                          Case number *(if known)* _____

| Part 4: | Describe Your Financial Assets |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.........................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                    Institution name:

|  |  | | |
|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo** | $400.00 |
| 17.2. | **Checking** | **Bank of America - Account 8224** | $101.74 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes. Give specific information about them...................
                 Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                 Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
                 Type of account:              Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................              Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............           Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............           Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No

Official Form 106A/B                    Schedule A/B: Property                              page 3

| Debtor 1 | **Richard J Disisto** | Case number *(if known)* |
|---|---|---|

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**

| $501.74 |
|---|

---

Official Form 106A/B                              Schedule A/B: Property                                          page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**034**

| Debtor 1 | **Richard J Disisto** | | Case number *(if known)* | |
|---|---|---|---|---|

<table>
<tr><td style="background:black;color:white">Part 5:</td><td colspan="4">Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.</td></tr>
</table>

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
■ No
☐ Yes.  Describe.....

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
■ No
☐ Yes.  Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes.  Describe.....

**41. Inventory**
■ No
☐ Yes.  Describe.....

**42. Interests in partnerships or joint ventures**
☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Vantage Restaurant Group** | **100** | % | **Unknown** |
| **Ventura Restaurant Group** | **Vantage Restaurant Group, LLC Is Managing Member and owns 15%** | % | **Unknown** |
| **VRG1, LLC - Operated Restaurant that closed in 2015. Assets sold in 2016 and proceeds distributed to creditors of LLC.** | **Ventura Restaurant Group owns 100%** | % | **Unknown** |
| **VRG2, LLC - Never operated any business.** | **Ventura Restaurant Group owns 100%** | % | **Unknown** |

Debtor 1    **Richard J Disisto** _____    Case number *(if known)* _____

| | | |
|---|---|---|
| **VRG3, LLC - Operated Restaurant that closed in 2015. Assets sold in 2016 and proceeds distributed to creditors of LLC.** | **Ventura Restaurant Group owns 100%** % | **Unknown** |
| **VRG Employment, LLC -** | **Ventura Restaurant Group owns 100%** % | **Unknown** |

**43. Customer lists, mailing lists, or other compilations**

■ No.

☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

■ No
☐ Yes.  Describe.....

**44. Any business-related property you did not already list**

■ No
☐ Yes. Give specific information.........

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.............................................................................................    | **$0.00** |

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest In That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No
☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here**  ...................    | **$0.00** |

**Part 8:**  List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55.  Part 1: Total real estate, line 2** ................................................................................. | | **$0.00** |
| **56.  Part 2: Total vehicles, line 5** | **$0.00** | |
| **57.  Part 3: Total personal and household items, line 15** | **$9,500.00** | |
| **58.  Part 4: Total financial assets, line 36** | **$501.74** | |
| **59.  Part 5: Total business-related property, line 45** | **$0.00** | |
| **60.  Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| **61.  Part 7: Total other property not listed, line 54** + | **$0.00** | |
| **62.  Total personal property.** Add lines 56 through 61... | **$10,001.74** | Copy personal property total ▸   **$10,001.74** |
| **63.  Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$10,001.74** |

Official Form 106A/B                          Schedule A/B: Property                                                    page 6

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Richard J Disisto** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory limit.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2016 Mercedes Benz 250c 7000 miles Vehicle is leased**<br>Line from *Schedule A/B*: **3.1** | $0.00 | ■ $5,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **Household: furniture**<br>Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Miscellaneou Electronics**<br>Line from *Schedule A/B*: **7.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Miscellaneou Clothes**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Miscellaneou Jewelry**<br>Line from *Schedule A/B*: **12.1** | $4,000.00 | ■ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**037**

| Debtor 1 | Richard J Disisto | | Case number (if known) | |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Miscellaneou Jewelry**<br>Line from *Schedule A/B*: **12.1** | $4,000.00 | ■ | $2,400.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Wells Fargo**<br>Line from *Schedule A/B*: **17.1** | $400.00 | ■ | $400.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Bank of America - Account 8224**<br>Line from *Schedule A/B*: **17.2** | $101.74 | ■ | $101.74 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Vantage Restaurant Group 100 % ownership**<br>Line from *Schedule A/B*: **42.1** | Unknown | ■ | $100.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No
        ☐  Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Richard J Disisto** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1  Mercedes Benz Financial** | $35,000.00 | $0.00 | $35,000.00 |

**2.1  Mercedes Benz Financial**
Creditor's Name

Describe the property that secures the claim:

**2016 Mercedes Benz 250c 7000 miles**
**Vehicle is leased**

P.O. Box 685
Roanoke, TX 76262-6222
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **06/3/2016**        Last 4 digits of account number   **0588**

Add the dollar value of your entries in Column A on this page. Write that number here:     $35,000.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:     $35,000.00

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt that you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Richard J Disisto** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☑ No. Go to Part 2.

    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ☑ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| **4.1** | **Airgas National Carbonation** | Last 4 digits of account number    2646 | $775.97 |
| | Nonpriority Creditor's Name | | |
| | **Post Office Box 602792** | When was the debt incurred?    **2016** | |
| | **Charlotte, NC 28260-2792** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business debt owed by VRG 1 & 3.**

Debtor 1    **Richard J Disisto**                                    Case number (if know) _____

---

| 4.2 | **Allied Beverage** | Last 4 digits of account number | 2242 | $3,747.50 |

Nonpriority Creditor's Name
**Harbor Distributing, LLC**
**5901 Bolsa Avenue**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2016

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt owed by VRG 1 & 3 and guaranteed by Richard Disisto.**

---

| 4.3 | **Andrew Schneider** | Last 4 digits of account number | | $12,112.64 |

Nonpriority Creditor's Name
**22710 Paul Revere Drive**
**Calabasas, CA 91302**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2016

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

| 4.4 | **Arnel Sanchez** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**13111 Kittridge Street**
**North Hollywood, CA 91606**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2016

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

**041**

Debtor 1    **Richard J Disisto**                                    Case number (if know) _____

---

| 4.5 | **Artisian Ales** | Last 4 digits of account number _____ | | $698.00 |

Nonpriority Creditor's Name

**396 West Washington Boulevard
#600
Pasadena, CA 91103**
Number Street City State Zip Code

When was the debt incurred?    **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto**

---

| 4.6 | **Aryzta Bread** | Last 4 digits of account number    **0123** | | $1,313.08 |

Nonpriority Creditor's Name

**Post Office Box 740123
Los Angeles, CA 90074-0123**
Number Street City State Zip Code

When was the debt incurred?    **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto**

---

| 4.7 | **Bank of America Business Card** | Last 4 digits of account number    **8793** | | $3,400.00 |

Nonpriority Creditor's Name

**P.O. Box 15710
Wilmington, DE 19886-5710**
Number Street City State Zip Code

When was the debt incurred?    **Date Opened: 04/9/2015 Last Used: 02/1/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Credit card guaranteed by Richard Disisto**

---

Debtor 1   **Richard J Disisto**
Case number (if known) _____

| | | | |
|---|---|---|---|

**4.8** | **Bay Alarm** | Last 4 digits of account number **2772** | | $151.00

Nonpriority Creditor's Name
**60 Berry Drive**
**Martinez, CA 94553-5601**
Number Street City State Zip Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

**4.9** | **Brian Small** | Last 4 digits of account number _____ | | $0.00

Nonpriority Creditor's Name
**232 S. Plymouth Boulevard**
**Los Angeles, CA 90004**
Number Street City State Zip Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

**4.10** | **Capital One** | Last 4 digits of account number **9719** | | $3,996.08

Nonpriority Creditor's Name
**PO Box 30285**
**Salt Lake City, UT 84130-0287**
Number Street City State Zip Code

When was the debt incurred?   **Date Opened: 07/23/2012 Last Used: 01/31/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit card purchases**

---

Debtor 1    Richard J Disisto

Case number (if know) _____

---

| 4.1 1 | **Capital One Bank** | | Last 4 digits of account number | 5191 | | | $1,946.51 |

**Capital One Bank**
Nonpriority Creditor's Name

**PO BOX 30281**
**SALT LAKE CITY, UT 84130**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number   5191

When was the debt incurred?   Date Opened: 07/23/2012 Last Used: 01/31/2017

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit card purchases**

$1,946.51

---

| 4.1 2 | **Cintas** | | Last 4 digits of account number | 9557 | | | $637.76 |

**Cintas**
Nonpriority Creditor's Name

**4320 E. Miraloma Avenue**
**Anaheim, CA 92807**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number   9557

When was the debt incurred?   2016

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

$637.76

---

| 4.1 3 | **City of Los Angeles** | | Last 4 digits of account number | 0452 | | | $0.00 |

**City of Los Angeles**
Nonpriority Creditor's Name

**Post Office Box 30879**
**Los Angeles, CA 90030-0879**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number   0452

When was the debt incurred?   2016

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **False Alarms for Business**

$0.00

---

Debtor 1  **Richard J Disisto**                                          Case number (if know) _____

---

| 4.1 4 | **Cordon Wines** | Last 4 digits of account number _____ | $540.00 |

Nonpriority Creditor's Name
**6 Harbor Way**
**#160**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

When was the debt incurred?    **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.1 5 | **Danielle Rigos** | Last 4 digits of account number  **N/A** | $12,500.00 |

Nonpriority Creditor's Name
**62 Hiltop Avenue**
**Stamford, CT 06907**
Number Street City State Zip Code

When was the debt incurred?    **2015-2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal Loan**

---

| 4.1 6 | **Department of Water and Power** | Last 4 digits of account number  **0000** | $4,688.50 |

Nonpriority Creditor's Name
**Post Office Box 30808**
**Los Angeles, CA 90030-0808**
Number Street City State Zip Code

When was the debt incurred?    **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt owed by VRG 1 & 3.**

---

Debtor 1   **Richard J Disisto**                                          Case number (if know) _____

---

| 4.1 7 | **Diane Abbitt** | Last 4 digits of account number _____ | $23,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Envirolution, Inc.**
**511 5th Street**
**Unit G**
**San Fernando, CA 91340**
Number Street City State Zip Code

When was the debt incurred?   **2015**

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Other. Specify   **Legal Fees**

---

| 4.1 8 | **Dominics** | Last 4 digits of account number   **615** | $529.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Post Office Box 331129**
**Los Angeles, CA 90033**
Number Street City State Zip Code

When was the debt incurred?   **2016**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Other. Specify   **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.1 9 | **Ecolab** | Last 4 digits of account number   **Unknown** | $557.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Post Office Box 100512**
**Pasadena, CA 91189-0512**
Number Street City State Zip Code

When was the debt incurred?   **2016**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Other. Specify   **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

**046**

Debtor 1   **Richard J Disisto** _____    Case number (if know) _____

| 4.2 0 | **Enabler Media** | Last 4 digits of account number _____ | $2,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**8981 Sunset Boulevard**
**#104**
**West Hollywood, CA 90069**

Number Street City State Zip Code

Who Incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.2 1 | **Epic Wine & Spirits** | Last 4 digits of account number _____ | $1,959.75 |
|---|---|---|---|

Nonpriority Creditor's Name

**2160 41st Avenue**
**Suite B**
**Capitola, CA 95010**

Number Street City State Zip Code

Who Incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

**047**

Debtor 1    **Richard J Disisto**                                    Case number (if know) _____

| | | |
|---|---|---|
| **4.2 2** | **Ethan Erickson** | Last 4 digits of account number _____ _____ | **$0.00** |

Nonpriority Creditor's Name
**c/o Michael Williams**
**1001 Avenue of the Americas**
**10th Floor**
**New York, NY 10018-5449**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

| | | |
|---|---|---|
| **4.2 3** | **Garber & Company** | Last 4 digits of account number _____ _____ | **$1,753.20** |

Nonpriority Creditor's Name
**Post Office Box 1438**
**Topanga, CA 90290**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

Debtor 1   **Richard J Disisto** _____   Case number (if know) _____

| | | |
|---|---|---|
| **4.2 4** | | |

**Graef Wine** _____   Last 4 digits of account number _____   $450.00
Nonpriority Creditor's Name
**DAJ LLC**
**11138 Valley Spring Lane**   When was the debt incurred?   **2016**
**North Hollywood, CA 91602**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community   ☐ Student loans
debt                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                   **Business debt owed by VRG 1 & 3 and**
                                   **believed to be guaranteed by Richard**
☐ Yes                              ■ Other. Specify **Disisto.**

---

| | | |
|---|---|---|
| **4.2 5** | | |

**Henry Wine Group** _____   Last 4 digits of account number _____   $436.50
Nonpriority Creditor's Name
**4301 Industrial Way**
**Benicia, CA 94510**              When was the debt incurred?   **2016**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community   ☐ Student loans
debt                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                   **Business debt owed by VRG 1 & 3 and**
                                   **believed to be guaranteed by Richard**
☐ Yes                              ■ Other. Specify **Disisto.**

---

| | | |
|---|---|---|
| **4.2 6** | | |

**Icesurance** _____   Last 4 digits of account number _____   **Unknown**
Nonpriority Creditor's Name
**2970 East 50th Street**
**Los Angeles, CA 90058**          When was the debt incurred?   **2016**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community   ☐ Student loans
debt                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                   **Business debt owed by VRG 1 & 3 and**
                                   **believed to be guaranteed by Richard**
☐ Yes                              ■ Other. Specify **Disisto.**

---

**049**

Debtor 1  Richard J Disisto

Case number *(if know)* _____

---

| 4.2 7 | **International Marine Products** | Last 4 digits of account number _____ | | $1,102.87 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**500 E. 7th Street**
**Los Angeles, CA 90014**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.2 8 | **John Balascio** | Last 4 digits of account number **N/A** | | $7,500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**12 Beechwood Avenue**
**New Rochelle, NY 10801**
Number Street City State Zip Code

When was the debt incurred?    **2015-2016**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal Loan**

---

| 4.2 9 | **Johnny Parco** | Last 4 digits of account number _____ | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**13928 Albers Street**
**Van Nuys, CA 91401**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

Debtor 1   Richard J Disisto                                                            Case number (if know) _____

| 4.3 0 | **Kent Belli** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Post Office Box 241008**
**Los Angeles, CA 90024**
Number Street City State Zip Code
Who incurred the debt? Check one.

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CPA for and Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

☐ Yes

| 4.3 1 | **LA Specialty** | Last 4 digits of account number   **9461** | $958.55 |

Nonpriority Creditor's Name
**Post Office Box 2293**
**Santa Fe Springs, CA 90670**
Number Street City State Zip Code
Who incurred the debt? Check one.

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt owed by VRG1 & 3 and believed to be guaranteed by Richard Disisto.**

☐ Yes

| 4.3 2 | **Lisa Wong** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**645 Haight Street**
**#18**
**San Francisco, CA 94117**
Number Street City State Zip Code
Who incurred the debt? Check one.

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

☐ Yes

**051**

Debtor 1   **Richard J Disisto**                                          Case number (if know) _____

| 4.3 3 | **Matt Grimaldi** | Last 4 digits of account number | **N/A** | $15,000.00 |

Nonpriority Creditor's Name
**515 Boxwood Land**
**New Smyrna Beach, FL 32168**          When was the debt incurred?   **2016**
Number Street City State Zip Code
                                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ■ Other. Specify   **Business debt guaranteed by Richard**
☐ Yes                                                        **Disisto.**

---

| 4.3 4 | **MHW, Ltd/SOH Spirits International** | Last 4 digits of account number | **6375** | $180.00 |

Nonpriority Creditor's Name
**1129 Northern Boulevard**
**Suite 312**
**Manhasset, NY 11030**               When was the debt incurred?   **2016**
Number Street City State Zip Code
                                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ■ Other. Specify   **Business debt owed by VRG 1 & 3 and**
☐ Yes                                                        **believed to be guaranteed by Richard**
                                                             **Disisto.**

---

| 4.3 5 | **Michael C. Agran, Esq** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**10960 Wilshire Boulevard**
**Suite 1225**
**Los Angeles, CA 90024**             When was the debt incurred?   **2016**
Number Street City State Zip Code
                                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community     ☐ Student loans
debt                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ■ Other. Specify   **Landlord for VRG-1. Premises located at**
☐ Yes                                                        **14633 Ventura Boulevard, Sherman Oaks,**
                                                             **CA. 91403**

---

Debtor 1    **Richard J Disisto**                                                    Case number (if know) _____

---

| 4.3 6 | **Michele Soto** | Last 4 digits of account number | **N/A** | $10,000.00 |

Nonpriority Creditor's Name
**7000 Portofino Circle**
**#105**
**Palm Beach Gardens, FL 33418**
Number Street City State Zip Code

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Other. Specify    **Personal Loan**

---

| 4.3 7 | **Mike Schneider** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**5639 Murietta Avenue**
**Van Nuys, CA 91401**
Number Street City State Zip Code

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Other. Specify    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

| 4.3 8 | **Mike Wein** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**6750 Limerick Avenue**
**Winnetka, CA 91306**
Number Street City State Zip Code

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Other. Specify    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

**053**

Debtor 1   Richard J Disisto                                                    Case number (if know) _____

| 4.3 9 | **Moontide Advertising** | Last 4 digits of account number _____ | **$9,000.00** |

Nonpriority Creditor's Name
**58 11th Street**
**Hermosa Beach, CA 90254**
Number Street City State Zip Code

**When was the debt incurred?**   2016

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.4 0 | **Municipal Services Bureau** | Last 4 digits of account number  3270 | **$90.39** |

Nonpriority Creditor's Name
**Post Office Box 16755**
**Austin, TX 78761-6755**
Number Street City State Zip Code

**When was the debt incurred?**   11/16/2016

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Brush Inspection Fees for City of Los Angeles**

---

| 4.4 1 | **NoCO2** | Last 4 digits of account number _____ | **$1,697.51** |

Nonpriority Creditor's Name
**Post Office Box 417902**
**Boston, MA 02241-7902**
Number Street City State Zip Code

**When was the debt incurred?**   2016

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

Debtor 1    Richard J Disisto

Case number (if know) _____

---

| 4.4 2 | **Ocean Jewels Seafood** | Last 4 digits of account number | **N/A** | $707.83 |

Nonpriority Creditor's Name
**Post Office Box 17**
**Santa Monica, CA 90406**
Number Street City State Zip Code

When was the debt incurred?   **2016**

Who Incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.4 3 | **Ondina Martins & John Douglas Amos** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**11150 Prado Del Rey LN**
**Las Vegas, NV 89141**
Number Street City State Zip Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

| 4.4 4 | **Open Table** | Last 4 digits of account number | | $364.75 |

Nonpriority Creditor's Name
**6255 W. Senset Boulevard**
**Los Angeles, CA 90028**
Number Street City State Zip Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

**055**

Debtor 1    **Richard J Disisto** _____    Case number (if know) _____

| 4.4 5 | **Oracle Corporation** | **Last 4 digits of account number** _____ | $1,159.99 |
|---|---|---|---|

Nonpriority Creditor's Name
**500 Oracle Parkway**
**Redwood City, CA 94065**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**    2016

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.4 6 | **Orkin Pest Control** | **Last 4 digits of account number**    0280 | $1,462.44 |
|---|---|---|---|

Nonpriority Creditor's Name
**Post Office Box 7161**
**Pasadena, CA 91109-7161**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**    2016

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

**056**

Debtor 1    **Richard J Disisto**                                                  Case number (if know) _____

---

| 4.4 7 | **Pacific Edge Wine & Spirits** | Last 4 digits of account number _____ | $2,122.00 |

Nonpriority Creditor's Name
**Canwood Business Park**
**5155 Clareton Drive**
**#100**
**Agoura Hills, CA 91301**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No

☐ Yes

When was the debt incurred?    2016 _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.4 8 | **Paul Jamieson** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**4513 Kraft Avenue**
**North Hollywood, CA 91602**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No

☐ Yes

When was the debt incurred?    2016 _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

Debtor 1    **Richard J Disisto**

Case number (if know) _____

| 4.4 9 | **Premier Meats** | Last 4 digits of account number | **1477** | | **$7,784.02** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**5030 Gifford Avenue**
**Post Office Box 58183**
**Los Angeles, CA 90058**

When was the debt incurred?    **2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.5 0 | **Rayne Water Systems** | Last 4 digits of account number | **6369** | | **$960.16** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**6953 Canoga Avenue**
**Canoga Park, CA 91303**

When was the debt incurred?    **2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.5 1 | **Recology** | Last 4 digits of account number | **1668** | | **$2,086.37** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Post Office Box 1081**
**Sun Valley, CA 91353**

When was the debt incurred?    **2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

**058**

Debtor 1   Richard J Disisto

Case number (if know) _____

| 4.5 2 | **Renee Disisto** | | | | $12,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**13958 Hamlin Street**
**Van Nuys, CA 91406**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**   2016

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan**

---

| 4.5 3 | **Restaurant Tea Service** | | | | $243.50 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Post Office Box 10669**
**Burbank, CA 91510**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   8016

**When was the debt incurred?**   2016

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.5 4 | **Rex Bret Bunde** | | | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**3294 Carse Drive**
**Los Angeles, CA 90068**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**   2016

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

**059**

Debtor 1    **Richard J Disisto** _____    Case number (if know) _____

| 4.5 5 | **Robert Parco** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**201 1/2 Ocean Front Walk**
**Venice, CA 90291**

When was the debt incurred?    **2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

| 4.5 6 | **Romina Foods, Inc.** | Last 4 digits of account number _____ | $333.36 |

Nonpriority Creditor's Name

**124 N. B Street**
**San Mateo, CA 94401**

When was the debt incurred?    **2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.5 7 | **Rudy Garcia/Rudy D Services** | Last 4 digits of account number **N/A** | $26,800.00 |

Nonpriority Creditor's Name

**307 MoonbeamDrive**
**Placentia, CA 92870**

When was the debt incurred?    **2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

Debtor 1   **Richard J Disisto**                                    Case number *(if know)*

---

| 4.5 8 | **Shawn Steiner** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**10153 Riverside Drive #683**
**North Hollywood, CA 91602**
When was the debt incurred?   2016

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                         ☐ Contingent
☐ Debtor 1 and Debtor 2 only            ☐ Unliquidated
■ At least one of the debtors and another   ☐ Disputed
☐ **Check if this claim is for a community debt**   **Type of NONPRIORITY unsecured claim:**
☐ Student loans
**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                        **Investor in Ventura Restaurant Group**
                                        **which owns VRG1, VRG2, VRG3 and VRG**
☐ Yes      ■ Other. Specify   **Employment.**

---

| 4.5 9 | **Sheldon Schneider** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**dba Sheldon Howard Company**
**1901 Sunnyside Circle**
**Northbrook, IL 60062**
When was the debt incurred?   2016

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                         ☐ Contingent
☐ Debtor 1 and Debtor 2 only            ☐ Unliquidated
■ At least one of the debtors and another   ☐ Disputed
☐ **Check if this claim is for a community debt**   **Type of NONPRIORITY unsecured claim:**
☐ Student loans
**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                        **Investor in Ventura Restaurant Group**
                                        **which owns VRG1, VRG2, VRG3 and VRG**
☐ Yes      ■ Other. Specify   **Employment.**

---

| 4.6 0 | **Southern Wine & Spirits of America** | Last 4 digits of account number   1439 | | $8,107.35 |

Nonpriority Creditor's Name
**Post Office Box 56002**
**Los Angeles, CA 90074-6002**
When was the debt incurred?   2016

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                         ☐ Contingent
☐ Debtor 1 and Debtor 2 only            ☐ Unliquidated
■ At least one of the debtors and another   ☐ Disputed
☐ **Check if this claim is for a community debt**   **Type of NONPRIORITY unsecured claim:**
☐ Student loans
**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                        **Business debt for VGR3, LLC dba**
                                        **Community Tavern guranteed by Richard**
☐ Yes      ■ Other. Specify   **Disisto. Lawsuit pending**

---

**061**

Debtor 1    Richard J Disisto

Case number *(if know)* _____

| | | | |
|---|---|---|---|
| **4.6 1** | **Stone Brewing** | Last 4 digits of account number **2488** | **$430.80** |

Nonpriority Creditor's Name

**2865 Executive Place**
**Escondido, CA 92029**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **2016**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

| | | | |
|---|---|---|---|
| **4.6 2** | **Sysco Ventura Inc.** | Last 4 digits of account number **2793** | **$2,379.45** |

Nonpriority Creditor's Name

**3100 Sturgis Road**
**Oxnard, CA 93030**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **2016**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt owed by VRG 1 & 3 and guaranteed by Richard Disisto**

| | | | |
|---|---|---|---|
| **4.6 3** | **The Dodd Agency** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 474**
**Nevada City, CA 95959**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **2016**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Landlord. Premises turned over to Landlord in 2015. Lease signed by Richard Disisto.**

Debtor 1    Richard J Disisto                                    Case number (if know) _____

| 4.6 4 | **The Gas Company** | | Last 4 digits of account number | **9446** | | **$706.14** |

**The Gas Company**
Nonpriority Creditor's Name
**Post Office Box C**
**Monterey Park, CA 91756-5111**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **9446**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt owed by VRG 1 & 3.**

$706.14

---

| 4.6 5 | **Time Warner Cable** | | Last 4 digits of account number | **1301** | | **$347.72** |

**Time Warner Cable**
Nonpriority Creditor's Name
**Post Office Box 60074**
**City of Industry, CA 91716-0074**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1301**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt owed by VRG 1 & 3.**

$347.72

---

| 4.6 6 | **Tony Barbagiovanni** | | Last 4 digits of account number | | | **$0.00** |

**Tony Barbagiovanni**
Nonpriority Creditor's Name
**303 Kansas Street**
**#B**
**El Segundo, CA 90245**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

$0.00

Debtor 1   Richard J Disisto                                    Case number (if know) _____

---

**4.67**

**Trans Gas Propane**
Nonpriority Creditor's Name
Post Office Box 3983
Glendale, CA 91221
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                  $337.61

When was the debt incurred?   2016

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

**4.68**

**West Central Produce, Inc.**
Nonpriority Creditor's Name
2020 E. 7th Place
Los Angeles, CA 90021
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                  $17,355.62

When was the debt incurred?   2014 - 2016

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt for VRG1, LLC dba Tipple & Brine (Restaurant) and guaranteed by Richard Disisto. Lawsuit pending.**

---

**4.69**

**West Central Produce, Inc.**
Nonpriority Creditor's Name
2020 E. 7th Place
Los Angeles, CA 90021
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                  $47,000.00

When was the debt incurred?   2015

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debtor for VRG1- guaranteed by Richard Disisto**

---

**064**

Debtor 1   Richard J Disisto _____   Case number (if know) _____

| 4.70 | **William Chapman** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1323 Victor Road**
**Atlanta, GA 30324**
Number Street City State Zip Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

---

| 4.71 | **Wine Warehouse of Southern Calif.** | Last 4 digits of account number   **6509** | $1,618.81 |
|---|---|---|---|

Nonpriority Creditor's Name
**Post Office Box 910900**
**Los Angeles, CA 90091**
Number Street City State Zip Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

| 4.72 | **Wolf Creek Brewery** | Last 4 digits of account number   **0038** | $148.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**25108 Rye Canyon Loop**
**Valencia, CA 91355**
Number Street City State Zip Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

**065**

Debtor 1    Richard J Disisto _____    Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.7 3** | **Yee Yuen Linen** | Last 4 digits of account number  **0131** | **$4,873.75** |

Nonpriority Creditor's Name
**2575 S. Normandie Avenue**
**Los Angeles, CA 90007**

When was the debt incurred?    **2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

| | | | |
|---|---|---|---|
| **4.7 4** | **Young's Market** | Last 4 digits of account number  **7307** | **$4,586.57** |

Nonpriority Creditor's Name
**Post Office Box 30145**
**Los Angeles, CA 90030-0145**

When was the debt incurred?    **2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt owed by VRG 1 & 3 and believed to be guaranteed by Richard Disisto.**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Maurice Wainer, Esq.**
**Snipper, Waiver & Markoff**
**9595 Wilshire Boulevard**
**Suite 201**
**Beverly Hills, CA 90212-2502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.68** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **Attorney for West Central Prod**

Name and Address
**Ray Garwacki, Jr.**
**Garwacki & Associates**
**7120 Hayvenhurst Avenue**
**Suite 300**
**Van Nuys, CA 91406**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **Attorney for So Wine & Spirits**

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

**066**

Debtor 1    **Richard J Disisto** _____    Case number (if know) _____

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other. Add all other priority unsecured claims. Write that amount here.** | 6d. | $ 0.00 |
| | 6e. | **Total Priority. Add lines 6a through 6d.** | 6e. | $ 0.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other. Add all other nonpriority unsecured claims. Write that amount here.** | 6i. | $ 267,138.05 |
| | 6j. | **Total Nonpriority. Add lines 6f through 6i.** | 6j. | $ 267,138.05 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Richard J Disisto** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name<br><br>Number    Street<br><br>City        State        ZIP Code | |
| 2.2 | Name<br><br>Number    Street<br><br>City        State        ZIP Code | |
| 2.3 | Name<br><br>Number    Street<br><br>City        State        ZIP Code | |
| 2.4 | Name<br><br>Number    Street<br><br>City        State        ZIP Code | |
| 2.5 | Name<br><br>Number    Street<br><br>City        State        ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | Richard J Disisto | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Ventura Restaurant Group**<br>**14633 Ventura Boulevard**<br>**Sherman Oaks, CA 91403**<br>**Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**Brian Small** |
| 3.2 | **Ventura Restaurant Group**<br>**14633 Ventura Boulevard**<br>**Sherman Oaks, CA 91403**<br>**Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>**Mike Schneider** |
| 3.3 | **Ventura Restaurant Group**<br>**14633 Ventura Boulevard**<br>**Sherman Oaks, CA 91403**<br>**Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>**Andrew Schneider** |

**069**

Debtor 1  __Richard J Disisto__                              Case number *(if known)* _____

▮ Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

**3.4**  **Ventura Restaurant Group**
**14603 Ventura Boulevard**
**Sherman Oaks, CA 91403**
**Investor in Ventura Restaurant Group which owns VRG1, VRG2,**
**VRG3 and VRG Employment.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.59__
☐ Schedule G _____
**Sheldon Schneider**

**3.5**  **Ventura Restaurant Group**
**14633 Ventura Boulevard**
**Sherman Oaks, CA 91403**
**Investor in Ventura Restaurant Group which owns VRG1, VRG2,**
**VRG3 and VRG Employment.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.30__
☐ Schedule G _____
**Kent Belli**

**3.6**  **Ventura Restaurant Group**
**14633 Ventura Boulevard**
**Sherman Oaks, CA 91403**
**Investor in Ventura Restaurant Group which owns VRG1, VRG2,**
**VRG3 and VRG Employment.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.48__
☐ Schedule G _____
**Paul Jamieson**

**3.7**  **Ventura Restaurant Group**
**14633 Ventura Boulevard**
**Sherman Oaks, CA 91403**
**Investor in Ventura Restaurant Group which owns VRG1, VRG2,**
**VRG3 and VRG Employment.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**Tony Barbaglovanni**

**3.8**  **Ventura Restaurant Group**
**14633 Ventura Boulevard**
**Sherman Oaks, CA 91403**
**Investor in Ventura Restaurant Group which owns VRG1, VRG2,**
**VRG3 and VRG Employment.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.52__
☐ Schedule G _____
**Renee Disisto**

**3.9**  **Ventura Restaurant Group**
**14633 Ventura Boulevard**
**Sherman Oaks, CA 91403**
**Investor in Ventura Restaurant Group which owns VRG1, VRG2,**
**VRG3 and VRG Employment.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.29__
☐ Schedule G _____
**Johnny Parco**

**3.10**  **Ventura Restaurant Group**
**14633 Ventura Boulevard**
**Sherman Oaks, CA 91403**
**Investor in Ventura Restaurant Group which owns VRG1, VRG2,**
**VRG3 and VRG Employment.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.70__
☐ Schedule G _____
**William Chapman**

Debtor 1   **Richard J Disisto**                                    Case number *(if known)*

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**        Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

3.11   **Ventura Restaurant Group**
    **14633 Ventura Boulevard**
    **Sherman Oaks, CA 91403**
    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

☐ Schedule D, line ____
■ Schedule E/F, line __4.4__
☐ Schedule G ____
**Arnel Sanchez**

3.12   **Ventura Restaurant Group**
    **14633 Ventura Boulevard**
    **Sherman Oaks, CA 91403**
    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

☐ Schedule D, line ____
■ Schedule E/F, line __4.22__
☐ Schedule G ____
**Ethan Erickson**

3.13   **Ventura Restaurant Group**
    **14633 Ventura Boulevard**
    **Sherman Oaks, CA 91403**
    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

☐ Schedule D, line ____
■ Schedule E/F, line __4.43__
☐ Schedule G ____
**Ondina Martins & John Douglas Amos**

3.14   **Ventura Restaurant Group**
    **14633 Ventura Boulevard**
    **Sherman Oaks, CA 91403**
    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

☐ Schedule D, line ____
■ Schedule E/F, line __4.54__
☐ Schedule G ____
**Rex Bret Bunde**

3.15   **Ventura Restaurant Group**
    **14633 Ventura Boulevard**
    **Sherman Oaks, CA 91403**
    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

☐ Schedule D, line ____
■ Schedule E/F, line __4.32__
☐ Schedule G ____
**Lisa Wong**

3.16   **Ventura Restaurant Group**
    **14633 Ventura Boulevard**
    **Sherman Oaks, CA 91403**
    **Investor in Ventura Restaurant Group which owns VRG1, VRG2, VRG3 and VRG Employment.**

☐ Schedule D, line ____
■ Schedule E/F, line __4.55__
☐ Schedule G ____
**Robert Parco**

**071**

Debtor 1   <u>Richard J Disisto</u>                                    Case number *(if known)* _____

<table>
<tr><td colspan="2" style="background:black"></td><td><b>Additional Page to List More Codebtors</b></td></tr>
</table>

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.17   **Ventura Restaurant Group**<br>**14633 Ventura Boulevard**<br>**Sherman Oaks, CA 91403**<br>**Investor in Ventura Restaurant Group which owns VRG1, VRG2,**<br>**VRG3 and VRG Employment.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**Mike Wein** |
| 3.18   **Ventura Restaurant Group**<br>**14633 Ventura Boulevard**<br>**Sherman Oaks, CA 91403**<br>**Investor in Ventura Restaurant Group which owns VRG1, VRG2,**<br>**VRG3 and VRG Employment.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**Shawn Steiner** |
| 3.19   **VGR3, LLC dba Community Tavern**<br>**14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403**<br>**Richard Disisto guaranteed debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>**Southern Wine & Spirits of America** |
| 3.20   **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Allied Beverage** |
| 3.21   **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Artisian Ales** |
| 3.22   **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**Pacific Edge Wine & Spirits** |
| 3.23   **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**Stone Brewing** |

**072**

| Debtor 1 | **Richard J Disisto** | Case number *(if known)* |
|---|---|---|

███ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.24  **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.71__<br>☐ Schedule G _____<br>**Wine Warehouse of Southern Calif.** |
| 3.25  **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.74__<br>☐ Schedule G _____<br>**Young's Market** |
| 3.26  **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**Ocean Jewels Seafood** |
| 3.27  **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**Sysco Ventura Inc.** |
| 3.28  **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Restaurant Tea Service** |
| 3.29  **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>**The Gas Company** |
| 3.30  **VRG1 LLC and VRG3, LLC**<br>**14633 & 14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Department of Water and Power** |

**073**

Debtor 1    **Richard J Disisto**    Case number *(if known)*

| | | |
|---|---|---|
| ▮ | **Additional Page to List More Codebtors** | |

*Column 1:* Your codebtor | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply:

3.31 **VRG1 LLC and VRG3, LLC**
**14633 & 14649 Ventura Boulevard**
**Sherman Oaks, CA 91403**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.65___
☐ Schedule G _____
**Time Warner Cable**

3.32 **VRG1 LLC and VRG3, LLC**
**14633 & 14649 Ventura Boulevard**
**Sherman Oaks, CA 91403**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
**Dominics**

3.33 **VRG1 LLC and VRG3, LLC**
**14633 & 14649 Ventura Boulevard**
**Sherman Oaks, CA 91403**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
**Airgas National Carbonation**

3.34 **VRG1 LLC and VRG3, LLC**
**14633 & 14649 Ventura Boulevard**
**Sherman Oaks, CA 91403**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.12___
☐ Schedule G _____
**Cintas**

3.35 **VRG1 LLC and VRG3, LLC**
**14633 & 14649 Ventura Boulevard**
**Sherman Oaks, CA 91403**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
**Ecolab**

3.36 **VRG1 LLC and VRG3, LLC**
**14633 & 14649 Ventura Boulevard**
**Sherman Oaks, CA 91403**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.46___
☐ Schedule G _____
**Orkin Pest Control**

3.37 **VRG1 LLC and VRG3, LLC**
**14633 & 14649 Ventura Boulevard**
**Sherman Oaks, CA 91403**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.50___
☐ Schedule G _____
**Rayne Water Systems**

Debtor 1  **Richard J Disisto** _____  Case number (if known) _____

| | | |
|---|---|---|
| ▮ | **Additional Page to List More Codebtors** | |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.38  **VRG1 LLC and VRG3, LLC**
      **14633 & 14649 Ventura Boulevard**
      **Sherman Oaks, CA 91403**

    ☐ Schedule D, line _____
    ■ Schedule E/F, line ___4.51___
    ☐ Schedule G _____
    **Recology**

3.39  **VRG1 LLC and VRG3, LLC**
      **14633 & 14649 Ventura Boulevard**
      **Sherman Oaks, CA 91403**

    ☐ Schedule D, line _____
    ■ Schedule E/F, line ___4.73___
    ☐ Schedule G _____
    **Yee Yuen Linen**

3.40  **VRG1 LLC and VRG3, LLC**
      **14633 & 14649 Ventura Boulevard**
      **Sherman Oaks, CA 91403**

    ☐ Schedule D, line _____
    ■ Schedule E/F, line ___4.20___
    ☐ Schedule G _____
    **Enabler Media**

3.41  **VRG1 LLC and VRG3, LLC**
      **14633 & 14649 Ventura Boulevard**
      **Sherman Oaks, CA 91403**

    ☐ Schedule D, line _____
    ■ Schedule E/F, line ___4.39___
    ☐ Schedule G _____
    **Moontide Advertising**

3.42  **VRG1 LLC and VRG3, LLC**
      **14633 & 14649 Ventura Boulevard**
      **Sherman Oaks, CA 91403**

    ☐ Schedule D, line _____
    ■ Schedule E/F, line ___4.33___
    ☐ Schedule G _____
    **Matt Grimaldi**

3.43  **VRG1 LLC and VRG3, LLC**
      **14633 & 14649 Ventura Boulevard**
      **Sherman Oaks, CA 91403**

    ☐ Schedule D, line _____
    ■ Schedule E/F, line ___4.57___
    ☐ Schedule G _____
    **Rudy Garcia/Rudy D Services**

3.44  **VRG1 LLC dba Tipple & Brine**
      **14633 Ventura Boulevard**
      **Sherman Oaks, CA 91403**

    ☐ Schedule D, line _____
    ■ Schedule E/F, line ___4.68___
    ☐ Schedule G _____
    **West Central Produce, Inc.**

**075**

Debtor 1  __Richard J Disisto_____     Case number *(if known)*  _____

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.45 | **VRG1, LLC**<br>**14633 Ventura Boulevard**<br>**Sherman Oaks, CA 91403**<br>**Landlord for VRG1, LLC. Premises located at 14633 Ventura**<br>**Boulevard, Sherman Oaks, CA. 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Michael C. Agran, Esq** |
| 3.46 | **VRG1, LLC**<br>**14633 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>**West Central Produce, Inc.** |
| 3.47 | **VRG3, LLC**<br>**14649 Ventura Boulevard**<br>**Sherman Oaks, CA 91403**<br>**Landlord for VRG3, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**The Dodd Agency** |

.

**076**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Richard J Disisto** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                                 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Restaurant Consultant | office |
| Employer's name | | | Tai Jewelry |
| Employer's address | | | 56 W. Dayton<br>Pasadena, CA 99999 |
| How long employed there? | | | 0 Years, 1 Months |

### Part 2:      Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 1,360.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 1,360.00 |

**077**

Debtor 1    **Richard J Disisto**                                    Case number *(if known)* _____

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $    0.00 | $    1,360.00 |

5.  **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $    0.00 | $    0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $    0.00 | $    0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $    0.00 | $    0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $    0.00 | $    0.00 |
| 5e. | Insurance | 5e. | $    0.00 | $    0.00 |
| 5f. | Domestic support obligations | 5f. | $    0.00 | $    0.00 |
| 5g. | Union dues | 5g. | $    0.00 | $    0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $    0.00 + | $    0.00 |

6.  **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $    0.00    $    0.00

7.  **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $    0.00    $    1,360.00

8.  **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $    0.00 | $    0.00 |
| 8b. | Interest and dividends | 8b. | $    0.00 | $    0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $    0.00 | $    0.00 |
| 8d. | Unemployment compensation | 8d. | $    0.00 | $    1,950.00 |
| 8e. | Social Security | 8e. | $    0.00 | $    0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $    0.00 | $    0.00 |
| 8g. | Pension or retirement income | 8g. | $    0.00 | $    0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $    0.00 + | $    0.00 |

9.  **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $    0.00    $    1,950.00

10. **Calculate monthly income.** Add line 7 + line 9.  10.  $    0.00 + $    3,310.00 = $    3,310.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____    11. +$    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $    3,310.00

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■  No.
    ☐  Yes. Explain:  As of the Petition Date, Debtor had no active projects/jobs and has applied for unemployment.
        Debtor's spouse was at work less than 1 month and had not received a paycheck.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard J Disisto** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses                                               12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $    2,500.00

   If not included in line 4:

   4a.   Real estate taxes                                          4a. $    0.00
   4b.   Property, homeowner's, or renter's insurance               4b. $    0.00
   4c.   Home maintenance, repair, and upkeep expenses              4c. $    100.00
   4d.   Homeowner's association or condominium dues                4d. $    0.00
5.  Additional mortgage payments for your residence, such as home equity loans   5. $    0.00

**079**

| Debtor 1 | **Richard J Disisto** | Case number (if known) | |
|---|---|---|---|

**6. Utilities:**

| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | 0.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 125.00 |
| 6d. | Other. Specify: **DWP** | 6d. | $ | 250.00 |
| | **Gas Co** | | $ | 100.00 |
| | **DRTV** | | $ | 175.00 |
| | **ATT** | | $ | 60.00 |
| **7.** | **Food and housekeeping supplies** | 7. | $ | 750.00 |
| **8.** | **Childcare and children's education costs** | 8. | $ | 0.00 |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | $ | 75.00 |
| **10.** | **Personal care products and services** | 10. | $ | 100.00 |
| **11.** | **Medical and dental expenses** | 11. | $ | 400.00 |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 0.00 |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 100.00 |
| **14.** | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 255.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| **17.** | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 312.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I: Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| **21.** | Other: Specify: **Uber / Lyft** | 21. | +$ | 400.00 |
| | **parking** | | +$ | 25.00 |
| | **2 dogs** | | +$ | 100.00 |

| **22.** | **Calculate your monthly expenses.** | | | |
|---|---|---|---|---|
| | 22a. Add lines 4 through 21. | | $ | 5,827.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 5,827.00 |

| **23.** | **Calculate your monthly net income.** | | | |
|---|---|---|---|---|
| | 23a. Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. | $ | 3,310.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 5,827.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -2,517.00 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.  | Explain here: |

**080**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Richard J Disisto** | |
| | First Name                     Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse if, filing) | First Name                     Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | | |
| (if known) | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Richard J Disisto**_____    X _____
   **Richard J Disisto**                           Signature of Debtor 2
   Signature of Debtor 1

   Date **February 22, 2017**_____       Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard J Disisto** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **12848 Tiara Street Valley Village, CA 91607** | From-To: **2013 - 2015** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**082**

Debtor 1   **Richard J Disisto** _____   Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips | $8,400.00 | ■ Wages, commissions, bonuses, tips | $3,466.66 |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $38,999.88 |
| | ■ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ☐ No.    Go to line 7.
    ■ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?
    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Capital One Attn: General Correspondence**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0287** | 11/28/16, 12/22/16, 12/28/16, 1/5/17, 1/28/17 | $1,267.00 | $3,996.08 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

Debtor 1  **Richard J Disisto**                                                      Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Capitol One Bank**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | 11/20/16, 12/20/16,<br>12/22/16,1/20/17 | $626.00 | $1,946.51 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **West Coast Central Produce, Inc vs. VRG1 LLC dba Tipple & Brine, Richard Disisto and DOES 1 - 10.**<br>BC640844 | **Breach of Contract and PACA** | **Superior Court of the State of Californi**<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Southern Wine & Spirits of America vs VGR3, LLC dba Community Tavern; Richard Disisto aka Richard Disoto**<br>16K06904 | **Collection** | **Los Angeles Superior Court**<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Request for Default filed on 1/31/2017** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

084

Debtor 1    **Richard J Disisto**                                               Case number *(if known)*

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

**List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address (Number, Street, City, State and ZIP Code) | | | |

**List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
☐ No
■ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $0.00 |

**List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    **Richard J Disisto** _____    Case number (*if known*) _____

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Goodman Law Offices, A Professional Corp**<br>**6345 Balboa Boulevard**<br>**Suite I-300**<br>**Encino, CA 91316**<br>agoodman@andyglaw.com | | **February 7, 2017** | **$4,585.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | XXXX-9388 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 01/1/2017 | $100.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Richard J Disisto**                                        Case number *(if known)* _____

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America** P.O. Box 25118 Tampa, FL 33622-5118 | XXXX-1137 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 01/1/2017 | $25.00 |
| **Bank of America** P.O. box 25118 Tampa, FL 33622-5118 | XXXX-1140 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 01/1/2017 | $25.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1    **Richard J Disisto**                                                             Case number (*if known*)

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

**25.  Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Vantage Restaurant Group LLC**<br>**10153 1/2 Riverside Dr 127**<br>**Toluca Lake, CA 91602** | **Restaurant consulting &**<br>**management**<br><br>**Brian Small** | EIN:    **46-3512220**<br><br>From-To    **2014 to 2015** |
| **Ventura Restaurant Group**<br>**10153 1/2 Riverside Drvie #127**<br>**North Hollywood, CA 91602** | **Owned and Operated Restaurants**<br><br>**Brian Small** | EIN:    **35-2490965**<br><br>From-To    **2014 to 2015** |
| **VRG1, LLC**<br>**14633 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | **Restaurant/Bar - Closed in 2015**<br><br>**Brian Small** | EIN:    **46-4364418**<br><br>From-To    **2014 to 2015** |
| **VRG2, LLC** | **This Entity Never Operated Any**<br>**Business**<br><br>**Brian Small** | EIN:    **46-4723143**<br><br>From-To    **2014 to 2015** |

Debtor 1   Richard J Disisto

Case number (if known) _____

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| VRG3, LLC 14649 Ventura Boulevard Sherman Oaks, CA 91403 | Restaurant/Bar - Closed in 2015 Brian Small | EIN: 46-4602345 From-To 2014 to 2015 |
| VRG Employment, LLC | Employment/Payroll Company for VRG1, LLC and VRG3, LLC Brian Small | EIN: 46-4394525 From-To 2014 to 2015 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

Name
Address (Number, Street, City, State and ZIP Code)

Date Issued

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Richard J Disisto
Richard J Disisto
Signature of Debtor 1

Signature of Debtor 2

Date   February 22, 2017

Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard J Disisto** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Mercedes Benz Financial**<br><br>Description of property securing debt: **2016 Mercedes Benz 250c 7000 miles Vehicle is leased** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | ☐ No |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**090**

Debtor 1    __Richard J Disisto_____    Case number _(if known)_ _____

| | | |
|---|---|---|
| Description of leased Property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased Property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased Property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased Property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased Property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased Property: | | ☐ Yes |

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X    **/s/ Richard J Disisto**_____    X    _____
    **Richard J Disisto**        Signature of Debtor 2
    Signature of Debtor 1

    Date    __February 22, 2017_____    Date    _____

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 2

**091**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **Richard J Disisto**                                                                    Case No. _____

_____                        Chapter    **7**
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .............................................    $ _____**4,585.00**

    Prior to the filing of this statement I have received .............................    $ _____**4,585.00**

    Balance Due ..........................................................................................    $ _____**0.00**

2.  $ __**335.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor         ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor         ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Exemption planning; Review of reaffirmation agreements and applications as needed**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**February 22, 2017**_____              /s/ Andrew Goodman_____
_Date_                                                  **Andrew Goodman 115685**
                                                        _Signature of Attorney_
                                                        **Goodman Law Offices, A Professional Corporation**
                                                        **6345 Balboa Boulevard**
                                                        **Suite I-300**
                                                        **Encino, CA 91316**
                                                        **818-827-5169  Fax: 818-975-5256**
                                                        **agoodman@andyglaw.com**_____
                                                        _Name of law firm_

---

Case 1:17-bk-10452-MB    Doc Filed 02/22/17    Entered 02/22/17 14:21:47    Desc
Main Document    Page 82 of 133

| Fill in this information to identify your case: | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|
| Debtor 1 | **Richard J Disisto** | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) | | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: | Central District of California | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | | ☐ Check if this is an amended filing |

## Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts but otherwise meet the criteria for qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ■ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |

      Debtor 1

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from a business, profession, or farm | $ 0.00  Copy here -> | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

      Debtor 1

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from rental or other real property | $ 0.00  Copy here -> | $ 0.00 | $ 0.00 |

| | | Column A | Column B |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**093**

Debtor 1   **Richard J Disisto**                                            Case number *(if known)*

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**        $ ___ 0.00    $ ___ 0.00

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

     For you          $ ___ 0.00

     For your spouse        $ ___ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.        $ ___ 0.00    $ ___ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism. If necessary, list other sources on a separate page and put the
total below.

       . ___        $ ___ 0.00    $ ___ 0.00

       ___        $ ___ 0.00    $ ___ 0.00

       Total amounts from separate pages, if any.    + $ ___ 0.00    $ ___ 0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.
   $ ___ 0.00 + $ ___ 0.00 = $ ___ 0.00

                                                                  **Total current monthly income**

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

     12a. Copy your total current monthly income from line 11.      Copy line 11 here=>    $ ___ 0.00

         Multiply by 12 (the number of months in a year)                   x 12

     12b. The result is your annual income for this part of the form.    12b. $ ___ 0.00

13. **Calculate the median family income that applies to you.** Follow these steps:

     Fill in the state in which you live.      | **CA** |

     Fill in the number of people in your household.      | **2** |

     Fill in the median family income for your state and size of household.    13. $ ___ 69,370.00

     To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

     14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
            Go to Part 3.

     14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
            Go to Part 3 and fill out Form 122A-2.

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

   X **/s/ Richard J Disisto** ___

      **Richard J Disisto**
      Signature of Debtor 1

Date **February 22, 2017** ___
      MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

**094**

Debtor 1    **Richard J Disisto** _____    Case number (*if known*) _____

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **08/01/2016** to **01/31/2017**.

Debtor 1    **Richard J Disisto** _____    Case number (*if known*) _____

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details:**
Income for the Period **08/01/2016** to **01/31/2017**.

**Non-CMI - Social Security Act Income**
Source of Income: **EDD**
Constant income of **$1,950.00** per month.

**096**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andrew Goodman**<br>**6345 Balboa Boulevard**<br>**Suite I-300**<br>**Encino, CA 91316**<br>**818-827-5169 Fax: 818-975-5256**<br>California State Bar Number: 115685<br>agoodman@andyglaw.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Richard J Disisto | CASE NO.:<br><br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **February 22, 2017**                         /s/ Richard J Disisto
                                                                          Signature of Debtor 1

Date: _____                   _____
                                                                          Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **February 22, 2017**                         /s/ Andrew Goodman
                                                                          Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          **F 1007-1.MAILING.LIST.VERIFICATION**

**097**

Richard J Disisto
10153 1/2 Riverside Drive
#127
North Hollywood, CA 91602


Andrew Goodman
Goodman Law Offices, A Professional Corporation
6345 Balboa Boulevard
Suite I-300
Encino, CA 91316


Airgas National Carbonation
Post Office Box 602792
Charlotte, NC 28260-2792


Allied Beverage
Harbor Distributing, LLC
5901 Bolsa Avenue
Huntington Beach, CA 92647


Andrew Schneider
22710 Paul Revere Drive
Calabasas, CA 91302


Arnel Sanchez
13111 Kittridge Street
North Hollywood, CA 91606


Artisian Ales
396 West Washington Boulevard
#600
Pasadena, CA 91103


Aryzta Bread
Post Office Box 740123
Los Angeles, CA 90074-0123

Bank of America Business Card
P.O. Box 15710
Wilmington, DE 19886-5710

Bay Alarm
60 Berry Drive
Martinez, CA 94553-5601

Brian Small
232 S. Plymouth Boulevard
Los Angeles, CA 90004

Capital One
PO Box 30285
Salt Lake City, UT 84130-0287

Capital One Bank
PO BOX 30281
SALT LAKE CITY, UT 84130

Cintas
4320 E. Miraloma Avenue
Anaheim, CA 92807

City of Los Angeles
Post Office Box 30879
Los Angeles, CA 90030-0879

Cordon Wines
6 Harbor Way
#160
Santa Barbara, CA 93109

Danielle Rigos
62 Hiltop Avenue
Stamford, CT 06907


Department of Water and Power
Post Office Box 30808
Los Angeles, CA 90030-0808


Diane Abbitt
Envirolution, Inc.
511 5th Street
Unit G
San Fernando, CA 91340


Dominics
Post Office Box 331129
Los Angeles, CA 90033


Ecolab
Post Office Box 100512
Pasadena, CA 91189-0512


Enabler Media
8981 Sunset Boulevard
#104
West Hollywood, CA 90069


Epic Wine & Spirits
2160 41st Avenue
Suite B
Capitola, CA 95010


Ethan Erickson
c/o Michael Williams
1001 Avenue of the Americas
10th Floor
New York, NY 10018-5449


**100**

Garber & Company
Post Office Box 1438
Topanga, CA 90290


Graef Wine
DAJ LLC
11138 Valley Spring Lane
North Hollywood, CA 91602


Henry Wine Group
4301 Industrial Way
Benicia, CA 94510


Icesurance
2970 East 50th Street
Los Angeles, CA 90058


International Marine Products
500 E. 7th Street
Los Angeles, CA 90014


John Balascio
12 Beechwood Avenue
New Rochelle, NY 10801


Johnny Parco
13928 Albers Street
Van Nuys, CA 91401


Kent Belli
Post Office Box 241008
Los Angeles, CA 90024

**101**

LA Specialty
Post Office Box 2293
Santa Fe Springs, CA 90670


Lisa Wong
645 Haight Street
#18
San Francisco, CA 94117


Matt Grimaldi
515 Boxwood Land
New Smyrna Beach, FL 32168


Maurice Wainer, Esq.
Snipper, Waiver & Markoff
9595 Wilshire Boulevard
Suite 201
Beverly Hills, CA 90212-2502


Mercedes Benz Financial
P.O. Box 685
Roanoke, TX 76262-6222


MHW, Ltd/SOH Spirits International
1129 Northern Boulevard
Suite 312
Manhasset, NY 11030


Michael C. Agran, Esq
10960 Wilshire Boulevard
Suite 1225
Los Angeles, CA 90024


Michele Soto
7000 Portofino Circle
#105
Palm Beach Gardens, FL 33418

Mike Schneider
5639 Murietta Avenue
Van Nuys, CA 91401


Mike Wein
6750 Limerick Avenue
Winnetka, CA 91306


Moontide Advertising
58 11th Street
Hermosa Beach, CA 90254


Municipal Services Bureau
Post Office Box 16755
Austin, TX 78761-6755


NoCO2
Post Office Box 417902
Boston, MA 02241-7902


Ocean Jewels Seafood
Post Office Box 17
Santa Monica, CA 90406


Ondina Martins & John Douglas Amos
11150 Prado Del Rey LN
Las Vegas, NV 89141


Open Table
6255 W. Senset Boulevard
Los Angeles, CA 90028

Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065


Orkin Pest Control
Post Office Box 7161
Pasadena, CA 91109-7161


Pacific Edge Wine & Spirits
Canwood Business Park
5155 Clareton Drive
#100
Agoura Hills, CA 91301


Paul Jamieson
4513 Kraft Avenue
North Hollywood, CA 91602


Premier Meats
5030 Gifford Avenue
Post Office Box 58183
Los Angeles, CA 90058


Ray Garwacki, Jr.
Garwacki & Associates
7120 Hayvenhurst Avenue
Suite 300
Van Nuys, CA 91406


Rayne Water Systems
6953 Canoga Avenue
Canoga Park, CA 91303


Recology
Post Office Box 1081
Sun Valley, CA 91353


**104**

Renee Disisto
13958 Hamlin Street
Van Nuys, CA 91406


Restaurant Tea Service
Post Office Box 10669
Burbank, CA 91510


Rex Bret Bunde
3294 Carse Drive
Los Angeles, CA 90068


Robert Parco
201 1/2 Ocean Front Walk
Venice, CA 90291


Romina Foods, Inc.
124 N. B Street
San Mateo, CA 94401


Rudy Garcia/Rudy D Services
307 MoonbeamDrive
Placentia, CA 92870


Shawn Steiner
10153 Riverside Drive #683
North Hollywood, CA 91602


Sheldon Schneider
dba Sheldon Howard Company
1901 Sunnyside Circle
Northbrook, IL 60062

Southern Wine & Spirits of America
Post Office Box 56002
Los Angeles, CA 90074-6002


Stone Brewing
2865 Executive Place
Escondido, CA 92029


Sysco Ventura Inc.
3100 Sturgis Road
Oxnard, CA 93030


The Dodd Agency
P.O. Box 474
Nevada City, CA 95959


The Gas Company
Post Office Box C
Monterey Park, CA 91756-5111


Time Warner Cable
Post Office Box 60074
City of Industry, CA 91716-0074


Tony Barbagiovanni
303 Kansas Street
#B
El Segundo, CA 90245


Trans Gas Propane
Post Office Box 3983
Glendale, CA 91221

Ventura Restaurant Group
14633 Ventura Boulevard
Sherman Oaks, CA 91403


VGR3, LLC dba Community Tavern
14649 Ventura Boulevard
Sherman Oaks, CA 91403


VRG1 LLC and VRG3, LLC
14633 & 14649 Ventura Boulevard
Sherman Oaks, CA 91403


VRG1 LLC dba Tipple & Brine
14633 Ventura Boulevard
Sherman Oaks, CA 91403


VRG1, LLC
14633 Ventura Boulevard
Sherman Oaks, CA 91403


VRG3, LLC
14649 Ventura Boulevard
Sherman Oaks, CA 91403


West Central Produce, Inc.
2020 E. 7th Place
Los Angeles, CA 90021


William Chapman
1323 Victor Road
Atlanta, GA 30324

**107**

Wine Warehouse of Southern Calif.
Post Office Box 910900
Los Angeles, CA 90091


Wolf Creek Brewery
25108 Rye Canyon Loop
Valencia, CA 91355


Yee Yuen Linen
2575 S. Normandie Avenue
Los Angeles, CA 90007


Young's Market
Post Office Box 30145
Los Angeles, CA 90030-0145

**108**

# EXHIBIT "B"

# ORDER RE DISCHARGE

**109**

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Richard J Disisto** | Social Security number or ITIN  xxx-xx-8895 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  ____ |
| | First Name   Middle Name   Last Name | EIN  __-_____ |

United States Bankruptcy Court   **Central District of California**

Case number:  **1:17-bk-10452-MB**

---

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard J Disisto

[Include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/5/17

**Dated:** 6/5/17

**By the court:** Martin R. Barash
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

17/AUT

For more information, see page 2 >

110

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

# EXHIBIT "C"

# STATE COURT COMPLAINT

112

Electronically FILED by Superior Court of California, County of Los Angeles on 01/29/2019 05:43 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Miro,Deputy Clerk

1  Neil Opdahl SBN: 277596
2  Major, USMCR
   503 Wildrose Ave
3  Monrovia CA 91016
   Tel: 626.429.6578
4  Fax: 888.298.7284
   Neilo626@gmail.com
5
6  **Attorney for: Monroe Jacques de Rothschild**

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                     **COUNTY OF LOS ANGELES**

10
                                          **Case No.: 18STLC13144**
11 Monroe Jacques de Rothschild, an individual;
                                          **PLAINTIFF'S FIRST AMMENDED COMPLAINT**
12        Plaintiff,
                                          1.  **Rescission**
13        v.                              2.  **Fraud – In the Inducement**
                                          3.  **Fraud – Concealment**
14 Richard Disisto; Thomas Campbell; Daniel   4.  **Conversion**
   Sayah, Sayah Engineering Inc.; Gary English;  5.  **Negligent Misrepresentation**
15 Gary English Construction Company; Doron   6.  **Breach of Contract**
   Regev; Hillside Construction Ridge, Inc.;  7.  **Negligence**
16 Brian Small; Pee Bee Investments; David    8.  **Breach of Implied Covenant of Good**
   Lynch Cotton; Smart Rise Elevator Service     **Faith and Fair Dealing**
17 Inc.; Avinoam Abe Sharabi; CA West Coast   9.  **Recovery on Contractor's State License**
   Plumbing, Heating and Air, Inc.; Jeremiah     **Bond**
18 Michael Crowley, John Edward Mahn; Ernest
   Bovenizer; Mark John Triebold   DOES 1
19 through 50, inclusive.

20        Defendants.

21        Plaintiff MONROE JACUES DE ROTHSCHILD, an individual;  (hereinafter referred to as

22 "Plaintiff") alleges against MONROE JACUES DE ROTHSCHILD, an individual; and, DOES 1-

23 50 (hereinafter collectively referred to as "Defendant or Defendants") as follows:

24                                **PARTIES**

25        1.   Plaintiff MONROE JACUES DE ROTHSCHILD resides at 3553 Dixie Canyon Place,

26 Sherman Oaks CA 91423.

27        2.   Defendants, Richard Disisto; Thomas Campbell; Daniel Sayah, Sayah Engineering Inc.;

28 Gary English; Gary English Construction Company; Doron Regev; Hillside Construction Ridge,

                                          1
                            **PLAINTIFF'S COMPLAINT**

1    Inc.; Brian Small; Pee Bee Investments; David Lynch Cotton; Avinoam Abe Sharabi; CA West

2    Coast Plumbing, Heating and Air, Inc.; Jeremiah Michael Crowley, John Edward Mahn; Ernest

3    Bovenizer; Mark John Triebold; and DOES 1 through 50, inclusive; on information and belief are

4    "Licensed Contractors" in the State of California, licensed by the Contractors State License Board

5    for the State of California, operating under the license numbers: Disisto RJ Contracting #865895

6    (4932 Sancola Avenue, North Hollywood CA 91601) HC Ridge #934983 (4541 Forman Ave.,

7    Toluca Lake CA 90602); CA West Coast Inc. #509700 (4733 Haskell Ave., #36, Encino CA 91436;

8    Sayah Engineering #C67905 (10660 Wilshire Blvd., #508, LA CA 90024); Gary English

9    Construction #714893 (326 South Griffith Park Dr., Burbank CA 91506); Jeremiah Michael

10   Crowley #C23325 (2341 West Silver Lake Dr., LA CA 90039); Jonathon Edward Mahn #C60293

11   (25315 Irving Lane, Stevenson Ranch CA 91381); Mark John Triebald #EG1796 (6906 Quieto

12   Court, Camarillo CA 93012); Ernest Bovenizer #CAEG2515 (14 South Venice Blvd., Venice CA

13   90291); David Lynch Cotton/Smart Rise Elevator Inc. #992922 (13523 Larwin Circle, Santa Fe

14   Springs CA 90670); Thomas Campbell #S4007 (385 East Colorado Blvd., #200, Pasadena CA

15   91101).

16      3.    Plaintiff is informed and believes and thereon allege that the Defendants identified as

17   DOES 1 through 50, inclusive are, and at all times relevant were, either employed by, or

18   subcontractors of the Defendant(s), or hired otherwise collaterally to complete the work or damages

19   done to plaintiff's property (hereinafter the "Subcontractor Defendants").

20      4.    Except as otherwise alleged, Plaintiffs are unaware of the true names or capacities,

21   whether individual, corporate, associate, or otherwise, of the named Defendants designated herein

22   as DOES 1 to 50, inclusive. Plaintiffs are informed and believe, and based thereon allege, that each

23   of the Defendants designated herein as DOES 1 to 50, inclusive, are in some way liable to Plaintiff,

24   and are responsible in some manner for the transactions, events, and occurrences herein alleged, and

25   that the damage alleged herein was proximately caused thereby. Plaintiffs will hereafter seek leave

26   of Court to amend this Complaint in order to allege said Defendants' true names and capacities

27   when the same are known to the Plaintiffs.

28      5.    Plaintiffs are informed and believe, and based thereon allege, that at all times herein

1  mentioned, Defendants, and each of them, were the agents, trustees, partners, servants, joint

2  ventures, contractors, alter egos and/or employees of their Defendants; and the acts and omissions

3  herein alleged were done by them acting through such capacity and within the scope of their

4  authority and with the permission and consent of their co-Defendants, or that each of them are

5  jointly and severally liable to the Plaintiffs.

6  **JURISDICTION**

7  6.    Jurisdiction and venue lies within The Central District, Los Angeles County because all

8  negotiations, transactions and occurrences that gave rise to this suit and all conduct and liability

9  related thereto arose in this venue.

10  **GENERAL ALLEGATIONS, STATEMENT OF FACTS AND PERFORMANCE**

11  7.    On or about 24 October 2014, Plaintiff entered into a written agreement (Here to

12  attached as Exhibit 1) for the purchase of a newly completed home at 3553 Dixie Canyon Place,

13  Sherman Oaks CA 91423, from designer and developer Richard Disisto. In turn, Mr. Disisto

14  designed, built, and hired all the named defendants as subcontractors and laborers to complete the

15  various sections of the home to completion.

16  Gas Leak

17  8.    In October of 2015, Plaintiff noticed an aroma of natural gas emanating from the second

18  and third levels of the home. In response, Plaintiff called a plumbing company, A-1 Plumbing, in

19  order to identify the leak and defect (Attached here to as Exhibit 2). A-1 Discovered that a line leak,

20  on or about 25 October 2015, in the gas plumbing persisted from the main line, to the backyard

21  barbecue grill system. A-1 capped off the line and cut the supply of gas to the barbecue for a fee of

22  $1,700.00.

23  9.    Several days later, on 27 October 2015, Goldak, Inc., performed a gas leak test and

24  discovered a leak "where the line enters house," for a fee of $450.00 (Attached here to as Exhibit

25  3).

26  10.    A few days later, on 31 October 2015, Plaintiff noticed the odor of gas emanating from

27  the same areas on the second and third levels of the home. In response, Plaintiff contacted A-1

28  Plumbing again to remedy the gas leak issue. A-1 Agent discovered a loose and damaged ½" pipe

3

1    in the attic and installed a new section. A-1 Agent also discovered another ½" pipe section in the

2    attic that contained no sealant. A-1 Agent reinstalled section of damaged plumbing, reinstalled, and

3    tightened, for a fee of $1,425.00 (Attached here to as Exhibit 4).

4        11.    The very next month, on 5 November 2015, Plaintiff smelled a strong odor of natural

5    gas emanating from the first level of the home this time, near the garage. Plumbing by Ervin Love

6    discovered several different external gas leaks. Agent repaired 1&1/2" inch gas leaks, for a fee of

7    $750.00 (Attached here to as Exhibit 5).

8        12.    On or about 1 April 2018, Plaintiff smelled the odor of natural gas emanating from the

9    laundry of the second level, and the kitchen area on the third level. In response, Plaintiff hired Ninja

10    Plumber to inspect and repair the issue, and found that the over head line, 1&1/4" piping needed

11    replacement, along with several 90 degree elbows and unions. The fee this time ran $1,655.00

12    (Attached here to as Exhibit 6).

13        13.    On or about 13 April 2018, Plaintiff smelled the odor of natural gas emanating from the

14    laundry of the second level, and the kitchen area on the third level. In response, Plaintiff hired AAA

15    Pinpoint Leak Detection to conduct " . . . gas leak detection to determine source of reported gas

16    odor in upstairs area. Traced and filled system with safe gas. Used gas sniffer to locate area of leak

17    in top floor ceiling area. Opened drywall and verified leak is on 1-1/2 inch 90 degree elbow fitting.

18    Showed plumber that was on site." AAA charged $350.00 for this service and opined that issues

19    still persisted (Attached here to as Exhibit 7).

20        14.    On or about 16 April 2018, Plaintiff noticed an odor of natural gas emanating from the

21    laundry area of the second level, and also from the kitchen area around the stove and fume hood. In

22    response, Plaintiff contacted Rockstar Plumbing and Rooter Service, whereupon the Rockstar

23    Agent repaired and replaced 1&1/4" black steel gas elbow, another section of piping, and the union.

24    This cost totaled $800.00 and Rockstar stated "It may be possible other leaks are existing due to

25    installation" (Attached here to as Exhibit 8).

26                                    Patch & Paint Repair

27        15.    On or about 15 November 2015, Plaintiff hired Handyman Daniel Nasca to repair, patch,

28    and paint the holes left by the pumpers in order to access and repair the damages plumbing lines.

                                            4
                                PLAINTIFF'S COMPLAINT

1    Mr. Nasca needed to match the surface and also match the paint to leave an even and seamless

2    finish. The cost totaled $3,000.00 (Attached hereto as Exhibit 9).

3        16.    On or about 24 April 2018, Plaintiff hired Handyman Daniel Nasca to repair, patch, and

4    paint the holes left by the pumpers in order to access and repair the damages plumbing lines. Mr.

5    Nasca needed to match the surface and also match the paint to leave an even and seamless finish.

6    The cost totaled $2,400.00 (Attached hereto as Exhibit 10).

7                                Air Conditioning/ HVAC

8        17.    On or about 2 November 2015, Plaintiff noticed a rusted water leak from the air

9    conditioning system. In response, Plaintiff hired Global HVAC Services Corp to repair the HVAC

10   system, for a fee of $295.00. However, this only repaired the issue temporarily (Attached here to as

11   Exhibit 11).

12       18.    Based on the temporary repair of the HVAC system on 2 November 2015, a second,

13   necessary repair was needed on 25 July 2016. Plaintiff hired Advanced Air Control to repair the

14   HVAC condensation lines and pump for $775 (Attached here to as Exhibit 12).

15       19.    Plaintiff is informed and believes and thereon alleges that, pursuant to the terms and

16   conditions of the Agreement, Defendant warranted to Plaintiff that the materials and equipment

17   furnished under the Agreement would be of good quality and that the work would be performed

18   free from defects. Plaintiff hired an inspector to conduct an inspection report pursuant to demands

19   and cautions of the agreement. The inspection report states that because of the nature of the

20   plumbing for gas, that no visual or invasive inspection could be conducted and therefore, exempt

21   from the inspection report (Attached hereto as Exhibit 13).

22       20.    Beginning on our about 1 November 2015, for 3 nights, Plaintiff lodged with Luxe Hotel

23   in Los Angeles because of the danger & necessary repairs, yielding the home uninhabitable until

24   work could be completed. Plaintiff suffered $754.98 in lodging costs, (Attached hereto as Exhibit

25   14).

26       21.    Beginning on our about 29 May 2016, for 3 nights, Plaintiff lodged with Line Hotel in

27   Los Angeles because of the danger & necessary repairs, yielding the home uninhabitable until work

28   could be completed. Plaintiff suffered $768.21 in lodging costs, (Attached hereto as Exhibit 15).

22.   As a result of the patent and latent defects and deficiencies as alleged hereinabove, the Plaintiff is and continues to experience serious concerns with the quality of workmanship relating to the alleged Defects. The Plaintiff suffered significant interference with the use and enjoyment of their home.

23.   Plaintiff is informed and believes and thereon alleges that patent and latent defects and deficiencies in the architectural, engineering, structural design and/or construction of the Project are continuing to be discovered.  Plaintiff is still engaged in investigating defects and all defects have not yet been discovered.  The damage caused by the aforementioned causes and defects is both patent and latent, progressive, and continuing.  Plaintiff will seek leave of court to amend this complaint as further defects are discovered.

## FIRST CAUSE OF ACTION
### Rescission
### (Cal. Civ. Code 1688 and 1692)
### (by Plaintiff against All Defendants)

24.   Plaintiff refers to and incorporates by reference paragraphs 1 through 23, inclusive, of the complaint as though fully set forth herein.

25.   Pursuant to California Civil Code 1688, a contract is extinguished by its rescission.

26.   Plaintiffs are entitled to rescind the Agreement because it is unlawful for causes which do not appear in its terms or conditions, and the parties are not equally at fault.

27.   The public interest will be prejudiced by permitting the contract to stand because the law pertaining to Home Improvement & Maintenance Contracts was enacted to promote the public interest and protect consumers from unscrupulous and negligent business practices of Contractors.

28.   Plaintiff is informed and believes and thereon alleges that, as a direct and proximate result of the material breach of the Agreement by Defendants, Plaintiff sustained general, special, consequential and incidental damages in an amount presently unknown, but in excess of the minimal jurisdictional limit of this Court.

29.   Plaintiff is informed and believes and thereon alleges that he is entitled to Punitive damages as a result of Defendants' oppressive, fraudulent and/or malicious conduct as alleged herein.

PLAINTIFF'S COMPLAINT

**SECOND CAUSE OF ACTION**
**Fraud in the Inducement**
**(by Plaintiff against All Defendants)**

30.   Plaintiff refers to and incorporates by reference paragraphs 1 through 29, inclusive, of the complaint as though fully set forth herein.

31.   On or about 24 October 2014, Plaintiff entered into a written Agreement for the purchase of the home with Defendant Disisto and Defendantt represented to Plaintifft they were appropriately licensed to contract for home construction and improvement contracts in the State of California.

32.   At the time of the Agreement, Defendant falsely represented to Plaintiffs that Defendant's work stood as performed in a competent fashion in accordance with general construction standards, which implies that the work be completed in a reasonably workmanlike manner free of defects. The work completed fell well below the general construction standards, as evidenced by the issues explained and outlined in the above paragraphs.

33.   At the time of the Agreement, Defendant failed to provide specified information, notices and disclosures in the Agreement pursuant to California Business & Professions Code §7159.

34.   Plaintiff is informed and believes and thereon alleges that Defendant knew their representations and/or omissions were false and/or misleading when they were made and that they were made recklessly and without regard for their truth.

35.   Plaintiff is informed and believes and thereon alleges that Defendant made these representations with the specific purpose to induce Plaintiff into executing and relying upon the Agreement.

36.   Plaintiff reasonably relied on Defendant's representations to their detriment, which was a substantial factor in causing them harm as it was the basis of their agreement (that work completed stood at minimal quality).

37.   Plaintiff is informed and believes and thereon alleges that, as a direct and proximate result of the foregoing material misrepresentations, and the actions and/or omissions of Defendant(s), and each of them, Plaintiff sustained general, special, consequential and incidental damages in an amount presently unknown, but in excess of the minimal jurisdictional limit of this

7

PLAINTIFF'S COMPLAINT

**119**

1   Court in that Plaintiff will be required to perform works of repair, restoration, and construction to

2   portions of the home to prevent further property damage and to restore portions thereof to their

3   proper condition.  Plaintiff will establish the precise amount of damages at trial, according to proof.

4       38.   Plaintiff is informed and believes and thereon alleges that, as a further direct and

5   proximate result of the material misrepresentations by Defendants, and each of them, the interest of

6   Plaintiff in the home and the value thereof has been reduced and diminished in an amount presently

7   unknown but will be established at the time of trial, according to proof.

8       39.   Plaintiff is informed and believes and thereon alleges that, as a further direct and

9   proximate result of the material misrepresentations by Defendant(s), the Plaintiff sustained damage

10  to the exterior (and interior) of his residence and sustained loss of use and enjoyment of his

11  residence in an amount presently unknown but will be established at the time of trial, according to

12  proof.

13      40.   These acts were malicious, fraudulent and oppressive, justifying an award of exemplary

14  and punitive damages so that Defendants, and each of them, will not engage in such conduct in the

15  future and make an example of them.

16                        **THIRD CAUSE OF ACTION**
                              Fraud - Concealment
17                       **(by Plaintiff against All Defendants)**

18      41.   Plaintiff refers to and incorporates by reference paragraphs 1 through 40 inclusive, of

19  the complaint as though fully set forth herein.

20      42.   Defendants had a duty to disclose specified information, notices and disclosures to

21  Plaintiff in the Agreement pursuant to California Business & Professions Code §7159.

22      43.   Plaintiff is informed and believes and thereon alleges that Defendants failed to provide

23  specified information, notices and disclosures to Plaintiffs in the Agreement in violation of

24  California Business & Professions Code §7159.

25      44.   Defendant had a duty to obtain the appropriate work permits, and build to such

26  standards) prior to commencing work on the Project.

27      45.   Plaintiff is informed and believes and thereon alleges that Defendants may have failed to

28  obtain the appropriate work permits prior to beginning work for the construction of the home.

---
8

PLAINTIFF'S COMPLAINT

**120**

46.  Plaintiff is informed and believes and thereon alleges that Defendants failed to disclose these facts with the specific intent to deceive Plaintiff and induce them into executing the Agreement.

47.  Plaintiff reasonably relied on Defendant's deception to their detriment, which was a substantial factor in causing harm.

48.  Defendant's failure to disclose these facts resulted in damage to the plumbing and HVAC/Air Conditioning of Plaintiffs' residence, in addition to loss of use and enjoyment of his residence in an amount presently unknown but will be established at the time of trial, according to proof.

49.  In addition, Defendant's failure to disclose these facts resulted in the interest of Plaintiff in the home and the value thereof has been reduced and diminished in an amount presently unknown but will be established at the time of trial, according to proof.

50.  Plaintiff relied on the assumed good faith of Defendants, and as direct and proximate result of said reliance, Plaintiff sustained general, special, consequential and incidental damages in an amount presently unknown, but in excess of the minimal jurisdictional limit of this Court in that Plaintiff will be required to perform works of repair, restoration, and construction to portions of the home to prevent further property damage and to restore portions thereof to their proper condition.  Plaintiff will establish the precise amount of damages at trial, according to proof.

51.  These acts were malicious, fraudulent and oppressive, justifying an award of exemplary and punitive damages so that Defendants, and each of them, will not engage in such conduct in the future and make an example of them.

### FOURTH CAUSE OF ACTION
#### Conversion
#### (by Plaintiff against All Defendants)

52.  Plaintiff refers to and incorporates by reference paragraphs 1 through 51, inclusive, of the complaint as though fully set forth herein.

53.  Defendants willfully and substantially interfered with Plaintiffs' rights to their personal property through substandard workmanship, that not only caused the need for severe repairs, but caused dangerous gas leaks that could have led to serious bodily injury, property damage, or even

9

1  death.

2  54.  Defendants left unfinished work and property damages from the home; and, of the work
3  completed, there are serious defects as further set forth above.

4  55.  Defendant's took possession of Plaintiffs' monies and left behind incomplete work and
5  sever defects to the property.

6  56.  Defendant's willfull and substantial interference with Plaintiff's real property resulted in
7  damage to the exterior and interior of Plaintiffs' residence, in addition to loss of use and enjoyment
8  of his residence in an amount presently unknown but will be established at the time of trial,
9  according to proof.

10  57.  Defendant's willfull and substantial interference with Plaintiff's personal property was a
11  substantial factor in causing Plaintiffs' harm.

12  58.  Plaintiff sustained general, special, consequential and incidental damages in an amount
13  presently unknown, but in excess of the minimal jurisdictional limit of this Court in that Plaintiffs
14  will be required to perform works of repair, restoration, and construction to portions of the Project
15  to prevent further property damage and to restore portions thereof to their proper
16  condition.  Plaintiff will establish the precise amount of damages at trial, according to proof.

17  **FIFTH CAUSE OF ACTION**
   **Negligent Misrepresentation**
18  **(by Plaintiff against All Defendants)**

19  59.  Plaintiff refers to and incorporate by reference paragraphs 1 through 58, inclusive, of the
20  complaint as though fully set forth herein.

21  60.  On or about 24 October 2014, Plaintiff entered into a written Agreement for the
22  purchase of the home with inherent services from the Defendants, and Defendants represented to
23  Plaintiff that they were appropriately licensed to contract for home improvement contracts in the
24  State of California.

25  61.  At the time of the Agreement, Defendants represented to Plaintiff that Defendants' work
26  was performed in a competent fashion in accordance with general contractors standards, which
27  implies that the work shall be done in a reasonably workmanlike manner free of defects. The work
28  completed to completion had fallen well below the general construction standards, as evidenced in

10

1  the paragraphs above.

2     62.  At the time of the Agreement, Defendants failed to provide specified information,

3  notices and disclosures in the Agreement pursuant to California Business & Professions Code

4  §7159.

5     63.  Plaintiff is informed and believes and thereon alleges that Defendant's representations

6  were not true and Defendants had no reasonable grounds for believing their representations were

7  true

8     64.  Plaintiff reasonably relied on Defendant's representations to their detriment, which was

9  a substantial factor in causing him harm as it was the basis of their agreement.

10     65.  Plaintiff is informed and believes and thereon alleges that, as a direct and proximate

11  result of the foregoing material misrepresentations, and the actions and/or omissions of Defendants,

12  and each of them, Plaintiff sustained general, special, consequential and incidental damages in an

13  amount presently unknown, but in excess of the minimal jurisdictional limit of this Court in that

14  Plaintiff will be required to perform works of repair, restoration, and construction to portions of the

15  Project to prevent further property damage and to restore portions thereof to their proper

16  condition.  Plaintiff will establish the precise amount of damages at trial, according to proof.

17     66.  Plaintiff is informed and believes and thereon alleges that, as a further direct and

18  proximate result of the material misrepresentations by Defendants, and each of them, the interest of

19  Plaintiff in he home and the value thereof has been reduced and diminished in an amount presently

20  unknown but will be established at the time of trial, according to proof.

21                 **SIXTH CAUSE OF ACTION**
                   **Breach of Written Contract**

22             **(by Plaintiff against All Defendants)**

23     67.  Plaintiff refers to and incorporate by reference paragraphs 1 through 66, inclusive, of the

24  complaint as though fully set forth herein.

25     68.  Defendants have materially breached the Contract by constructing the Project with a

26  variety of patent and latent defects and deficiencies as more fully alleged hereinabove.  Plaintiff

27  made these defects known to Defendants who have failed and refused to remedy these defects.

28     69.  Plaintiff performed all covenants and conditions of the Contract to be performed on its

1 | part, except to the extent that such performance has been prevented, excused, hindered or waived.

2 |     70.  Plaintiff is informed and believes and thereon alleges that, as a direct and proximate

3 | result of the material breach of the Agreement by Defendants, Plaintiff sustained general, special,

4 | consequential and incidental damages in an amount presently unknown, but in excess of the

5 | minimal jurisdictional limit of this Court in that Plaintiff will be required to perform works of

6 | repair, restoration, and construction to portions of the Project to prevent further property damage

7 | and to restore portions thereof to their proper condition.  Plaintiff will establish the precise amount

8 | of damages at trial, according to proof.

9 |     71.  Plaintiff is informed and believes and thereon alleges that, as a further direct and

10 | proximate result of the material breach of the Agreement by Defendants, the Plaintiff sustained

11 | damage to the exterior and interior of their residence and sustained loss of use and enjoyment of

12 | their residence in an amount presently unknown, but will be established at the time of trial,

13 | according to proof.

14 |
15 | **SEVENTH CAUSE OF ACTION**
**Negligence**
**(by Plaintiff against all Defendants)**

16 |     72.  Plaintiffs refer to and incorporate by reference paragraphs 1 through 71, inclusive, of the
17 | complaint as though fully set forth herein.

18 |     73.  Plaintiff is informed and believes and thereon alleges that Defendants and each of them,

19 | whether contractors, subcontractors, material-men, suppliers, architects, inspectors, engineers

20 | and/or builders, performed work, labor and/or services on the home and each knew, or should have

21 | known, that if the home was not properly or adequately designed, supervised and/or constructed,

22 | that Plaintiff and users thereof would be substantially damaged thereby and that the home would be

23 | defective and not of merchantable quality.

24 |     74.  Defendants, and each of them, were under a duty to exercise ordinary and reasonable

25 | care as contractors, subcontractors, material-men, suppliers, architects, inspectors, engineers and/or

26 | builders, or otherwise to avoid reasonably foreseeable injury to Plaintiff and users of the home and

27 | knew or should have known, with reasonable certainty, that Plaintiff and/or users of the home

28 | would suffer the monetary damages set forth herein if said Defendants failed to perform their duty

12

**PLAINTIFF'S COMPLAINT**

1  to cause the home to be completed in a proper and workmanlike manner and fashion and without

2  defects.

3       75.   Defendants, and each of them, failed and neglected to perform the work, labor and/or

4  services properly or adequately in that each of said Defendants negligently, carelessly and in an

5  unworkmanlike manner performed the aforesaid work, labor and/or services such that the home, as

6  described herein, was constructed improperly, negligently, carelessly, and in an unworkmanlike

7  manner.

8       76.   Plaintiff is informed and believes and thereon alleges that, as a direct and proximate

9  result of the foregoing negligence, carelessness, unworkmanlike conduct, and the actions and/or

10  omissions of Defendants, and each of them, Plaintiff sustained general, special, consequential and

11  incidental damages in an amount presently unknown, but in excess of the minimal jurisdictional

12  limit of this Court in that Plaintiffs will be required to perform works of repair, restoration, and

13  construction to portions of the home to prevent further property damage and to restore portions

14  thereof to their proper condition.  Plaintiff will establish the precise amount of damages at trial,

15  according to proof.

16       77.   Plaintiff is informed and believes and thereon alleges that, as a further direct and

17  proximate result of the material breach of the Agreement by Defendants, the Plaintiff sustained

18  damage to the exterior and interior of their residence and sustained loss of use and enjoyment of

19  their residence in an amount presently unknown but will be established at the time of trial,

20  according to proof.

21                    **EIGHTH CAUSE OF ACTION**
                 **Breach of Implied Covenant of Good Faith and Fair Dealings**
22                    **(by Plaintiff against Defendants**
                          **Subcontractor Defendants)**
23

24       78.   Plaintiff refers to and incorporates by reference paragraphs 1 through 77, inclusive, as

25  though fully set forth herein.

26       79.   Pursuant to the Agreement, Defendants warranted that the work would be performed in a

27  competent fashion in accordance with general construction standards, which implies that the work

28  shall be done in a reasonably workmanlike manner free of defects. In fulfilling its duty to act in

13

**PLAINTIFF'S COMPLAINT**

good faith (a higher standard for contractors licensed in the State of California), Defendants were to accurately represent the quality and workmanlike manner in which the work was being conducted. Based on the Order Prohibiting Use and accompanying documents, Defendants were clearly not acting in good faith.

80.    Defendants breached the covenant of good faith and fair dealing governing the Agreement by intentionally and repeatedly failing to perform as agreed to on the Agreement.

81.    Plaintiff is informed and believes and thereon alleges that, as a direct and proximate result of the foregoing breach of the covenant of good faith and fair dealing, and the actions and/or omissions of Defendants, and each of them, Plaintiff sustained general, special, consequential and incidental damages in an amount presently unknown, but in excess of the minimal jurisdictional limit of this Court in that Plaintiff will be required to perform works of repair, restoration, and construction to portions of the home to prevent further property damage and to restore portions thereof to their proper condition.  Plaintiff will establish the precise amount of damages at trial, according to proof.

82.    Plaintiff is informed and believes and thereon alleges that, as a further direct and proximate result of the breach of the covenant of good faith and fair dealing by Defendants, and each of them, the interest of Plaintiff in the home and the value thereof has been reduced and diminished in an amount presently unknown but will be established at the time of trial, according to proof.

83.    Plaintiff is informed and believes and thereon alleges that, as a further direct and proximate result of the breach of the covenant of good faith and fair dealing by Defendants, the Plaintiffs have sustained damage to the exterior and interior of their residence and sustained loss of use and enjoyment of their residence in an amount presently unknown but will be established at the time of trial, according to proof.

### NINTH CAUSE OF ACTION
**Recovery on Contractor's State License Bond
(by Plaintiff against Surety Defendants)**

84.    Plaintiffs refer to and incorporate by reference paragraph 1 through 83, as though fully set forth herein,

85. Plaintiffs are informed and believe and thereon allege that Defendant Richard Disisto; Thomas Campbell; Daniel Sayah, Sayah Engineering Inc.; Gary English; Gary English Construction Company; Doron Regev; Hillside Construction Ridge, Inc.; Brian Small; Pee Bee Investments; David Lynch Cotton; Smart Rise Elevator Service Inc.; Avinoam Abe Sharabi; CA West Coast Plumbing, Heating and Air, Inc.; Jeremiah Michael Crowley, John Edward Mahn; Ernest Bovenizer; Mark John Triebold, DOES 1 through 50, inclusive; executed and delivered to the State of California their bonds and obligations in writing pursuant to California Business and Professions Code Section 7071.5. Pursuant to California Business and Professions Code Section 7071.5, such bonds are for the benefit of any person damaged as a result of a violation of Business and Profession Code Sections 7000-7173.

86. As alleged hereinabove, Defendants have willfully failed to perform work at the Project with reasonable diligence and further failed in material respects to complete the Project in that the Project was built deficiently and defectively. The acts and omissions of Defendant Richard Disisto; Thomas Campbell; Daniel Sayah, Sayah Engineering Inc.; Gary English; Gary English Construction Company; Doron Regev; Hillside Construction Ridge, Inc.; Brian Small; Pee Bee Investments; David Lynch Cotton; Smart Rise Elevator Service Inc.; Avinoam Abe Sharabi; CA West Coast Plumbing, Heating and Air, Inc.; Jeremiah Michael Crowley, John Edward Mahn; Ernest Bovenizer; Mark John Triebold, DOES 1 through 50, inclusive; and Subcontractor Defendants constitute violations of Business and Professions Code Sections 7000-7173.

87. For the reasons set forth hereinabove, each Surety Defendant issuing a Contractor State License Bond is indebted to Plaintiff in the full amount of the penal sum of the license bonds issued to Richard Disisto; Thomas Campbell; Daniel Sayah, Sayah Engineering Inc.; Gary English; Gary English Construction Company; Doron Regev; Hillside Construction Ridge, Inc.; Brian Small; Pee Bee Investments; David Lynch Cotton; Smart Rise Elevator Service Inc.; Avinoam Abe Sharabi; CA West Coast Plumbing, Heating and Air, Inc.; Jeremiah Michael Crowley, John Edward Mahn; Ernest Bovenizer; Mark John Triebold, DOES 1 through 50, inclusive; as will be established according to proof at the time of trial.

1
## PRAYER FOR RELIEF

2      **WHEREFORE,** Plaintiffs request entry of judgment as follows:

3      1.  For general damages of $25,000.00

4      2.  For prospective advantage, actual loss of income, compensatory and expectancy damages,

5          and consequential damages;

6      3.  For pre-judgment interest at the legal rate;

7      4.  For exemplary and punitive damages as allowed by law;

8      5.  For attorney's fees as allowed by law and contract;

9      6.  For costs of suit; and

10     7.  For such other relief as the Court considers proper.

11
                                       Respectfully Submitted,
12

13

14
Dated: 21 December 2018                By:_____
15                                        Neil Opdahl, Esq.
16                                        Attorney for Plaintiff,
                                          Monroe Jacues de Rothschild
17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S COMPLAINT**

128

.

# EXHIBIT "D"

# PROOF OF SERVICE OF SUMMONS

**129**

Electronically FILED by Superior Court of California, County of Los Angeles on 09/23/2020 12:00 AM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Diaz, Deputy Clerk

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Neil Opdahl SBN: 277596<br>Major USMCR<br>503 Wildrose Avenue<br>Monrovia, CA 91016<br>  TELEPHONE NO.: 626-429-6578   FAX NO. (Optional): 888-298-7284<br>  E–MAIL ADDRESS (Optional): neilo626@gmail.com<br>  ATTORNEY FOR (Name): Monroe Jacques de Rothschild | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
  STREET ADDRESS: 111 N, Hill Street
  MAILING ADDRESS: 111 N, Hill Street
  CITY AND ZIP CODE: Los Angeles, CA 90012
  BRANCH NAME: Stanley Mosk Courthouse

| | |
|---|---|
| PLAINTIFF/PETITIONER: Monroe Jacques de Rothschild, an individual<br><br>DEFENDANT/RESPONDENT: Richard Disisto, et al. | CASE NUMBER:<br>18STLC13144 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:

    a.  [✓]  summons

    b.  [✓]  complaint

    c.  [✓]  Alternative Dispute Resolution (ADR) package

    d.  [✓]  Civil Case Cover Sheet *(served in complex cases only)*

    e.  [ ]  cross-complaint        1st Amended Standing Order; General Order; Notice of Case Assignment;

    f.  [✓]  other *(specify documents):* First Amended Summons; First Amended Complaint; Addendum;
        Notice of Availability of Web Portal.

3.  a.  Party served *(specify name of party as shown on documents served):*

        Richard Disisto

    b.  [ ]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
            under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*


4.  Address where the party was served:
    10153 1/2 Riverside Drive, A#127 Toluca Lake, CA 91602

5.  I served the party *(check proper box)*

    a.  [ ]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
            receive service of process for the party  (1) on *(date):*                          (2) at *(time):*

    b.  [✓]  **by substituted service.** On *(date):* 1/21/2020    at *(time):*  1:00pm I left the documents listed in item 2 with or
            in the presence of *(name and title or relationship to person indicated in item 3):*
            John Doe/refused name, owner of Mailbox Store - white male, brn/brn, 5'8",165lbs., in his 50's

        (1)  [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
                of the person to be served. I informed him or her of the general nature of the papers.

        (2)  [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
                place of abode of the party. I informed him or her of the general nature of the papers.

        (3)  [✓]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
                address of the person to be served, other than a United States Postal Service post office box. I informed
                him or her of the general nature of the papers.

        (4)  [✓]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
                at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
                *(date):* 1/21/20   from *(city):* Los Angeles    or [ ] a declaration of mailing is attached.

        (5)  [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |

**130**

| PLAINTIFF/PETITIONER: Monroe Jacques de Rothschild, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Richard Disisto, et al. | 18STLC13144 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date):*               (2)  from *(city):*

    (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed
to me.  *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4)  ☐  to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

  d.  ☐  **by other means** *(specify means of service and authorizing code section):*

      ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a.  ☑  as an individual defendant.
  b.  ☐  as the person sued under the fictitious name of *(specify):*
  c.  ☐  as occupant.
  d.  ☐  On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐  416.10 (corporation)          ☐  415.95 (business organization, form unknown)
      ☐  416.20 (defunct corporation)      ☐  416.60 (minor)
      ☐  416.30 (joint stock company/association)  ☐  416.70 (ward or conservatee)
      ☐  416.40 (association or partnership)    ☐  416.90 (authorized person)
      ☐  416.50 (public entity)           ☐  415.46 (occupant)
                            ☐  other:

7.  **Person who served papers**
  a.  Name:  Sarah Thompson
  b.  Address:  LA PROCESS SERVERS 1439 N. HIGHLAND AVENUE #274 LOS ANGELES, CA 90028
  c.  Telephone number:  323-508-1711
  d.  The fee for service was:  $ 65.00
  e.  I am:
    (1)  ☐  not a registered California process server.
    (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
    (3)  ☑  a registered California process server:
      (i)  ☐  owner  ☐  employee  ☑  independent contractor.
      (ii)  Registration No.: 2017347942
      (iii)  County:  Los Angeles

8.  ☑  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9.  ☐  **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 02/07/2020

Susan Maralit
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)

# EXHIBIT "E"

# BANKRUPTCY COURT DOCKET

### U.S. Bankruptcy Court
### Central District of California (San Fernando Valley)
### Bankruptcy Petition #: 1:17-bk-10452-MB

|  |  |
|---|---|
|  | *Date filed:* 02/22/2017 |
| *Assigned to:* Martin R. Barash | *Date terminated:* 02/07/2019 |
| Chapter 7 | *Debtor discharged:* 06/05/2017 |
| Voluntary | *341 meeting:* 02/04/2019 |
| No asset | *Deadline for objecting to discharge:* 05/26/2017 |
|  | *Deadline for financial mgmt. course:* 05/26/2017 |

*Debtor disposition:*  Standard Discharge

| | |
|---|---|
| *Debtor* | represented by **Andrew Goodman** |
| **Richard J Disisto** | Goodman Law Offices, APC |
| 4932 Sancola Ave | 30700 Russell Ranch Road |
| North Hollywood, CA 91601 | Suite 250 |
| LOS ANGELES-CA | Westlake Village, CA 91362 |
| SSN / ITIN: xxx-xx-8895 | 818-802-5044 |
| | Fax : 818-975-5256 |
| | Email: agoodman@andyglaw.com |

*Trustee*
**David Seror (TR)**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
(818) 827-9200

*U.S. Trustee*
**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 02/22/2017 | 1 (88 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Richard J Disisto (Goodman, Andrew) (Entered: 02/22/2017) |
| 02/22/2017 | | Receipt of Voluntary Petition (Chapter 7)(1:17-bk-10452) [misc,volp7] ( 335.00) Filing Fee. Receipt number 44278541. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 02/22/2017) |
| 02/22/2017 | 6 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 03/27/2017 at 09:30 AM at RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003. Objections for Discharge due by 05/26/2017. Cert. of Financial Management due by 05/26/2017 for Debtor and Joint Debtor (if joint case) (Goodman, Andrew) (Entered: 02/22/2017) |

| 02/22/2017 | <u>2</u><br>(1 pg) | (LBR Form F1002-1) Filed by Debtor Richard J Disisto. (Goodman, Andrew) (Entered: 02/22/2017) |
|---|---|---|
| 02/22/2017 | <u>3</u> | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Richard J Disisto. (Goodman, Andrew) (Entered: 02/22/2017) |
| 02/22/2017 | <u>4</u><br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Richard J Disisto. (Goodman, Andrew) (Entered: 02/22/2017) |
| 02/22/2017 | <u>5</u><br>(2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Richard J Disisto. (Goodman, Andrew) (Entered: 02/22/2017) |
| 02/25/2017 | <u>7</u><br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting (AutoAssign Chapter 7)) No. of Notices: 76. Notice Date 02/25/2017. (Admin.) (Entered: 02/25/2017) |
| 03/05/2017 | <u>8</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 03/05/2017) |
| 03/07/2017 | <u>9</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Christianson, Shawn. (Christianson, Shawn) (Entered: 03/07/2017) |
| 03/27/2017 | 10 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/14/2017 at 01:30 PM at RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003. (Seror (TR), David) (Entered: 03/27/2017) |
| 04/17/2017 | 11 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 5/1/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 04/17/2017) |
| 05/02/2017 | 12 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 5/16/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 05/02/2017) |
| 05/15/2017 | <u>13</u><br>(3 pgs) | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 05/15/2017) |
| 05/17/2017 | 14 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 6/9/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. PENDING RECEIPT OF ADDITIONAL DOCUMENTS Debtor appeared. (Seror (TR), David) (Entered: 05/17/2017) |
| 05/18/2017 | <u>15</u><br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)13 Notice of Requirement to Complete Course in Financial Management (Auto |

(Admin.) (Entered: 05/18/2017)

| | | |
|---|---|---|
| 05/23/2017 | <u>16</u><br>(2 pgs) | Certification About a Financial Management Course for Debtor 1 (Official Form 423) Filed by Debtor Richard J Disisto (RE: related document(s)<u>6</u> Meeting (AutoAssign Chapter 7)). (Goodman, Andrew) (Entered: 05/23/2017) |
| 06/05/2017 | <u>17</u><br>(2 pgs) | ORDER OF DISCHARGE (BNC) (Gomez, Andrea) (Entered: 06/05/2017) |
| 06/07/2017 | <u>18</u><br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)<u>17</u> ORDER OF DISCHARGE - Chapter 7 (CACB AutoDischarge) (BNC)) No. of Notices: 77. Notice Date 06/07/2017. (Admin.) (Entered: 06/07/2017) |
| 06/12/2017 | 19 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 6/23/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. PENDING RECEIPT OF ADDITIONAL DOCUMENTS AND STIPULATION EXTENDING THE 727 DEADLINE FOR THE TRUSTEE AND OFFICE OF THE U.S. TRUSTEE TO FILE OBJECTIONS TO DISCHARGE. Debtor appeared. (Seror (TR), David) (Entered: 06/12/2017) |
| 06/15/2017 | <u>20</u><br>(4 pgs) | Stipulation By David Seror (TR) and *Stipulation to Extend Deadline for the Trustee and the Office of the United States Trustee to File Objections To Discharge* Filed by Trustee David Seror (TR) (Seror (TR), David) (Entered: 06/15/2017) |
| 06/15/2017 | <u>21</u><br>(4 pgs) | Notice of lodgment Filed by Trustee David Seror (TR) (RE: related document(s)<u>20</u> Stipulation By David Seror (TR) and *Stipulation to Extend Deadline for the Trustee and the Office of the United States Trustee to File Objections To Discharge* Filed by Trustee David Seror (TR) (Seror (TR), David)). (Seror (TR), David) (Entered: 06/15/2017) |
| 06/16/2017 | <u>22</u><br>(2 pgs) | Order Approving Stipulation to Extend Deadline for the Trustee and the Office of the United States Trustee to File Objections to Discharge (BNC-PDF) (Related Doc # <u>20</u> ) Signed on 6/16/2017 (Reaves, Kelly) (Entered: 06/16/2017) |
| 06/18/2017 | <u>23</u><br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>22</u> Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 06/18/2017. (Admin.) (Entered: 06/18/2017) |
| 06/26/2017 | 24 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 7/10/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. PENDING RECEIPT OF OUTSTANDING DOCUMENTS/INFORMATION Debtor appeared. (Seror (TR), David) (Entered: 06/26/2017) |
| 07/10/2017 | 25 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 |

| | | |
|---|---|---|
| | | (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 7/28/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. PENDING RECEIPT OF ADDITIONAL DOCUMENTS/INFORMATION Debtor appeared. (Seror (TR), David) (Entered: 07/10/2017) |
| 07/31/2017 | 26 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 8/14/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 07/31/2017) |
| 08/15/2017 | 27 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 8/25/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. PENDING REVIEW Debtor appeared. (Seror (TR), David) (Entered: 08/15/2017) |
| 08/28/2017 | 28 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 9/11/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 08/28/2017) |
| 09/12/2017 | 29 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 9/27/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 09/12/2017) |
| 09/28/2017 | 30 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 10/16/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. PENDING REVIEW Debtor appeared. (Seror (TR), David) (Entered: 09/28/2017) |
| 09/29/2017 | 31 (28 pgs) | Application to Employ Menchaca & Company LLP as Accountant for Chapter 7 Trustee *Declaration of John J. Menchaca; Wtih Proof of Service.* Filed by Accountant Menchaca & Company LLP. (Menchaca, John) (Entered: 09/29/2017) |
| 09/29/2017 | 32 (12 pgs) | Notice of motion/application *of Chapter 7 Trustee to Employ Accountant; With Proof of Service.* Filed by Accountant Menchaca & Company LLP (RE: related document(s)31 Application to Employ Menchaca & Company LLP as Accountant for Chapter 7 Trustee *Declaration of John J. Menchaca; Wtih Proof of Service.* Filed by Accountant Menchaca & Company LLP.). (Menchaca, John) (Entered: 09/29/2017) |
| 10/16/2017 | 33 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 11/3/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. PENDING REVIEW Debtor appeared. (Seror (TR), David) (Entered: 10/16/2017) |

| 11/06/2017 | 34 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 11/20/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 11/06/2017) |
| --- | --- | --- |
| 11/09/2017 | 35 (34 pgs) | Declaration re: *Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) with Proof of Service* Filed by Accountant Menchaca & Company LLP (RE: related document(s)31 Application to Employ Menchaca & Company LLP as Accountant for Chapter 7 Trustee *Declaration of John J. Menchaca; Wtih Proof of Service.* Filed by Accountant Menchaca & Company LLP.). (Menchaca, John) (Entered: 11/09/2017) |
| 11/21/2017 | 36 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/26/2017 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. PENDING REVIEW Debtor appeared. (Seror (TR), David) (Entered: 11/21/2017) |
| 11/30/2017 | 37 (2 pgs) | Order Granting Application to Employ Menchaca & Company LLP (BNC-PDF) (Related Doc # 31) Signed on 11/30/2017. (Garcia, Patty) (Entered: 11/30/2017) |
| 12/02/2017 | 38 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)37 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 12/02/2017. (Admin.) (Entered: 12/02/2017) |
| 12/27/2017 | 39 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/12/2018 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 12/27/2017) |
| 01/17/2018 | 40 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/29/2018 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 01/17/2018) |
| 01/31/2018 | 41 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 2/16/2018 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 01/31/2018) |
| 02/20/2018 | 42 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 2/26/2018 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 02/20/2018) |
| 02/26/2018 | 43 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 3/19/2018 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 02/26/2018) |

| 03/19/2018 | 44 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/2/2018 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW Debtor appeared. (Seror (TR), David) (Entered: 03/19/2018) |
|---|---|---|
| 04/04/2018 | 45 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/20/2018 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. IN REVIEW. Debtor appeared. (Seror (TR), David) (Entered: 04/04/2018) |
| 04/23/2018 | 46 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 5/11/2018 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. PENDING REVIEW Debtor appeared. (Seror (TR), David) (Entered: 04/23/2018) |
| 05/14/2018 | 47 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 5/30/2018 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. PENDING REVIEW Debtor appeared. (Seror (TR), David) (Entered: 05/14/2018) |
| 05/30/2018 | 48 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 7/2/2018 at 01:30 PM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. TRUSTEE REVIEWING DOCUMENTS Debtor appeared. (Seror (TR), David) (Entered: 05/30/2018) |
| 07/02/2018 | 49 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 8/6/2018 at 10:30 AM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. UNDER TRUSTEE REVIEW Debtor appeared. (Seror (TR), David) (Entered: 07/02/2018) |
| 08/06/2018 | 50 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 8/24/2018 at 10:30 AM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. TRUSTEE REVIEWING DOCUMENTS Debtor appeared. (Seror (TR), David) (Entered: 08/06/2018) |
| 08/24/2018 | 51 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 9/14/2018 at 10:30 AM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. TRUSTEE REVIEWING DOCUMENTS Debtor appeared. (Seror (TR), David) (Entered: 08/24/2018) |
| 09/14/2018 | 52 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 10/5/2018 at 10:30 AM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. Debtor absent. (Seror (TR), David) (Entered: 09/14/2018) |
| 10/05/2018 | 53 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 |

| | | 341(a) Meeting Continued to be held on 10/22/2018 at 10:30 AM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. TRUSTEE WAITING FOR REQUESTED BANK STATEMENTS Debtor appeared. (Seror (TR), David) (Entered: 10/05/2018) |
|---|---|---|
| 10/22/2018 | 54 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 11/9/2018 at 10:30 AM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. TRUSTEE REVIEWING DOCUMENTS RECEIVED FROM DEBTOR Debtor appeared. (Seror (TR), David) (Entered: 10/22/2018) |
| 11/09/2018 | 55 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 11/28/2018 at 10:30 AM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. TRUSTEE REVIEWING DOCUMENTS. Debtor appeared. (Seror (TR), David) (Entered: 11/09/2018) |
| 11/28/2018 | 56 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/14/2018 at 10:30 AM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. TRUSTEE REVIEWING DOCUMENTS Debtor appeared. (Seror (TR), David) (Entered: 11/28/2018) |
| 12/17/2018 | 57 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/18/2019 at 10:30 AM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. Debtor appeared. (Seror (TR), David) (Entered: 12/17/2018) |
| 01/18/2019 | 58 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 2/4/2019 at 10:30 AM at 21041 Burbank Blvd, Woodland Hills, CA 91367-6603. Debtor appeared. (Seror (TR), David) (Entered: 01/18/2019) |
| 02/04/2019 | 59 | Chapter 7 Trustee's Report of No Distribution: I, David Seror (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 24 months. Assets Abandoned (without deducting any secured claims): $ 0, Assets Exempt: $ 15451.74, Claims Scheduled: $ 302138.05, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 302138.05. Debtor appeared.. (Seror (TR), David) (Entered: 02/04/2019) |

| | | |
|---|---|---|
| 02/07/2019 | 60 | CM/ECF - U.S. Bankruptcy Court (v5.2.1 - LIVE) Bankruptcy Case Closed - DISCHARGE. Order of Discharge in the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Garcia, Patty) (Entered: 02/07/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/19/2021 10:12:56 | | | |
| PACER Login: | glo115685:5015862:0 | Client Code: | Richard Disisto |
| Description: | Docket Report | Search Criteria: | 1:17-bk-10452-MB Fil or Ent: filed To: 1/19/2021 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 5 | Cost: | 0.50 |

.

# EXHIBIT "F"

# STATE COURT ENTRY OF DEFAULT

Electronically FILED by Superior Court of California, County of Los Angeles on 03/23/2020 12:00 AM Sherri R. Carter, Executive Officer/Clerk of Court, by E. Carachure, Deputy Clerk

**CIV-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 277596 | FOR COURT USE ONLY |
|---|---|---|

NAME: Neil Opdahl
FIRM NAME: N/A
STREET ADDRESS: 473 E. Carnegie Drive, #200
CITY: San Bernardino    STATE: CA    ZIP CODE: 92408
TELEPHONE NO.: 626.429.6578    FAX NO.: 888.298.7284
E-MAIL ADDRESS: attorney@neilopdahl.com
ATTORNEY FOR (name): MONROE JACQUES DE ROTHSCHILD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N Hill
MAILING ADDRESS:
CITY AND ZIP CODE: LA 90012
BRANCH NAME: Stanley Mosk Courthouse

Plaintiff/Petitioner: MONROE JACQUES DE ROTHSCHILD
Defendant/Respondent: RICHARD DISISTO, ET AL

| REQUEST FOR (Application) | [x] Entry of Default  [ ] Clerk's Judgment  [ ] Court Judgment | CASE NUMBER: 18STLC13144 |
|---|---|---|

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.) (see CIV-105)**

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): 29 January 2019
   b. by (name): Monroe Jacques De Rothschild
   c. [x] Enter default of defendant (names):
      **RICHARD DISISTO**
   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):
      (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
      (3) [ ] for default previously entered on (date):

2. Judgment to be entered.          Amount          Credits acknowledged          Balance
   a. Demand of complaint ............. $          $          $
   b. Statement of damages*
      (1) Special ................... $          $          $
      (2) General .................. $          $          $
   c. Interest ...................... $          $          $
   d. Costs (see reverse) ............ $          $          $
   e. Attorney fees ................. $          $          $
   f. TOTALS ...................... $          $          $
   g. Daily damages were demanded in complaint at the rate of: $          per day beginning (date):
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [ ] (Check if filed in an unlawful detainer case.) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: 22 March 2020

Neil Opdahl-Lopez                                    ▷ /s/ Neil Opdahl
(TYPE OR PRINT NAME)                          (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [✓] Default entered as requested on (date): 03/23/2020 | |
|---|---|---|
| | (2) [ ] Default NOT entered as requested (state reason): | |
| | Clerk, by  E. Carachure, Deputy | Page 1 of 2 |

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2016]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

**142**

CIV-100

| | |
|---|---|
| Plaintiff/Petitioner: | MONROE JACQUES DE ROTHSCHILD |
| Defendant/Respondent: | RICHARD DISISTO, ET AL |

CASE NUMBER:
18STLC13144

4.  **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did ☒ did not for compensation give advice or assistance with this form. If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

    a.  Assistant's name:                                    c.  Telephone no.:

    b.  Street address, city, and zip code:                 d.  County of registration:

                                           e.  Registration no.:

                                         f.  Expires on (date):

5.  ☒ **Declaration under Code Civ. Proc., § 585.5** (for entry of default under Code Civ. Proc., § 585(a)). This action

    a.  ☐ is ☒ is not  on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).

    b.  ☐ is ☒ is not  on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).

    c.  ☐ is ☒ is not  on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6.  **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this Request for Entry of Default was

    a.  ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney (names):

    b.  ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

        (1)  Mailed on (date): 22 Mach 2020           (2)  To (specify names and addresses shown on the envelopes):
                                                                 Richard Disisto
                                                              10153 1/2 Riverside Drive A#127
                                                              Toluca Lake CA 91602

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 22 March 2020

Neil Opdahl                            ▶
(TYPE OR PRINT NAME)                       (SIGNATURE OF DECLARANT)

7.  **Memorandum of costs** (required if money judgment requested). Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

    a.  Clerk's filing fees  . . . . . . . . . . . . . . . . . . .  $
    b.  Process server's fees  . . . . . . . . . . . . . . . .  $ 100.00
    c.  Other (specify):  $
    d.  $
    e.  **TOTAL** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ **100.00**
    f.  ☐ Costs and disbursements are waived.
    g.  I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 22 March 2020

Neil Opdahl                            ▶
(TYPE OR PRINT NAME)                       (SIGNATURE OF DECLARANT)

8.  **Declaration of nonmilitary status** (required for a judgment). No defendant named in item 1c of the application is in the military service as that term is defined by either the Servicemembers Civil Relief Act, 50 U.S.C. App. § 3911(2), or California Military and Veterans Code section 400(b).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 22 March 2020

Neil Opdahl                            ▶
(TYPE OR PRINT NAME)                       (SIGNATURE OF DECLARANT)

CIV-100 [Rev. January 1, 2018]          **REQUEST FOR ENTRY OF DEFAULT**          Page 2 of 2
(Application to Enter Default)

For your protection and privacy, please press the Clear
This Form button after you have printed the form.     | Print this form | | Save this form |        | Clear this form |

**143**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

GOODMAN LAW OFFICES, A PROFESSIONAL CORPORATION, 30700 RUSSELL RANCH ROAD, SUITE 250,
WESTLAKE VILLAGE, CA. 91362

A true and correct copy of the foregoing document entitled (*specify*): Motion of Debtor Richard J. Disisto To Reopen
Chapter 7 Bankruptcy Case To Allow Debtor to Schedule Omitted Creditor And Set Deadline For Omitted Creditor To
Commence Action Pursuant to 11 U.S.C. 523(a);

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
01/19/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

   Shawn M Christianson on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com,
   schristianson@buchalter.com; Andrew Goodman on behalf of Debtor Richard J Disisto, agoodman@andyglaw.com
   David Seror (TR) -aquijano@bg.law, C133@ecfcbis.com; Valerie Smith on behalf of Interested Party Courtesy NEF
   claims@recoverycorp.com; U.S. Trustee - ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)___01/19/2021_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

   Neil Opdahl, Esq., Major USMCR - attorney for Plaintiff/Creditor: 503 Wildrose Ave., Monrovia, CA. 91016
   Neil Opdahl, Esq., Major USMCR - attorney for Plaintiff/Creditor: 473 E. Carnegie Drive, #200, San Bernardino, CA.
   92408

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)___01/19/2021_____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 01/19/2021 | Andrew Goodman | /s/ Andrew Goodman |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**144**