Andrew Goodman, Esq. (State Bar No. 115685)
**GOODMAN LAW OFFICES**
**A PROFESSIONAL CORPORATION**
30700 Russell Ranch Road, Suite 250
Westlake Village, CA. 91362
PHONE: (818) 802-5044; FAX: (818) 975-5256
E-Mail: agoodman@andyglaw.com

Attorneys for Debtor Richard Disisto

**FILED & ENTERED**

FEB 16 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re<br><br>RICHARD DISISTO<br><br>Debtor. | CASE NO. 1:17-bk-10452-MB<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION OF DEBTOR RICHARD J. DISISTO TO RE-OPEN CHAPTER 7 CASE TO ALLOW DEBTOR TO SCHEDULE OMITTED CREDITOR** ~~AND SET DEADLINE FOR OMITTED CREDITOR TO COMMENCE ACTION PURSUANT TO 11 U.S.C. § 523(A)~~ |

The Court has reviewed and considered the Motion Of Debtor Richard J. Disisto ("Debtor") To Re-Open Chapter 7 Case To Allow Debtor To Schedule Omitted Creditor And Set Deadline For Omitted Creditor To Commence Action Pursuant To 11 U.S.C. § 523(A) (the "Motion"). the notice of the Motion, the Declaration of Andrew Goodman in support of the Motion, the Exhibits to the Motion; and the record in this case.

Based upon that review and consideration, the Court finds that: (1) Notice of the Motion was adequate and appropriate under the circumstances and no other notice need be given; (2) the relief requested in the Motion is in the best interest of the Debtor, its estate and its creditors; (3) (4) no hearing on this Motion is required pursuant to the Local Bankruptcy Rule 9013-1(p)(q); and (5) other good and sufficient cause exists for granting the relief requests in the Application.

1

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Debtor's Chapter 7 Case, Case #1:17-bk-10452-MB is hereby reopened for the following purpose~~s~~: (a) Debtor shall file an Amend~~ed~~ment to his bankruptcy schedules and/or Statement of Affairs to list Monroe Jacques de Rothschild as an unsecured creditor; ~~and (b) Monroe Jacques de Rothschild shall have sixty (60) days from the date Debtor files his amended schedules to commence and prosecute any Adversary Action against Debtor, which he deems appropriate pursuant to 11 U.S.C. § 523(a).~~; and

3. <u>Pursuant to Local Bankruptcy Rule 5010-1(b)(1), "a request for relief other than the reopening of a case, including relief based upon grounds for reopening the case, must be made in a separate motion or adversary proceeding, which may be filed concurrently with the motion to reopen."  Therefore, Debtor may file a separate motion requesting the Court set a deadline by which Monroe Jacques de Rothschild may file a Section 523(a) complaint against the Debtor.</u>

\# \# \# \#

Date: February 16, 2021

Martin R Barash
United States Bankruptcy Judge

2