| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew Goiodman, Esq. (State Bar No. 115685)<br>GOODMAN LAW OFFICES, A Professional Corporatoin<br>30700 Russell Ranch Road, Suite 250<br>Westlake Village, CA. 91362<br>Telephone: 818-802-5044<br>Facsimile: 818-975-5256<br>E-Mail: agoodman@andyglaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Movant, Richard Disisto | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ▼

| In re:<br>RICHARD DISISTO | CASE NO.: 1:17-bk-10452-MB<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br>ORDER SETTING DEADLINE BY WHICH CREDITOR MONROE JACQUES DE ROTHSCHILD MAY FILE A SECTION 523(a) COMPLAINT AGAINST THE DEBTOR; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ANDREW GOODMAN<br><br>*(Specify name of Motion)* |
| Debtor(s). | DATE: 04/13/2021<br>TIME: 11:00 am<br>COURTROOM: "301"<br>PLACE: 21041 Burbank Boulevarde<br>Woodland Hills, CA. 91367<br>HEARING TO TAKE PLACE VIA ZoomGov. |

1. TO (*specify name*): <u>Martin Barash, U.S. Bankruptcy Judge, US Trustee, JACQUES DE ROTHSCHILD</u>

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 03/15/2021

GOODMAN LAW OFFICES
Printed name of law firm

/s/ Andrew Goodman
Signature

ANDREW GOODMAN
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                            F 9013-1.1.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
GOODMAN LAW OFFICES, A PROFESSIONAL CORPORATION, 30700 Russell Ranch Road, Suite 250
WESTLAKE VILLAGE, CALIFORNIA 91362

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 MOTION OF DEBTOR RICHARD DISISTO FOR ORDER SETTING DEADLINE BY WHICH CREDITOR MONROE
 ONROE JACQUES DE ROTHSCHILD MAY FILE A SECTION 523(a) COMPLAINT AGAINST THE DEBTOR:
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/15/2021 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Shawn M. Christianson - Interested Party Courtesy NEF -cmcintire@buchalter.com; schristianson@buchalter.com;
Andrew Goodman -Counsel for Debtor-agoodman@andyglaw.com; David Seror-Ch 7 Trustee -aquijano@bg.law,
C133@ecfcbis.com; Valerie Smith -Interested Party Courtesy NEF claims@recoverycorp.com; US Trustee
ustpregion 16. wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/15/2021 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/15/2021 | ANDREW GOODMAN | /S/ Andrew Goodman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.